# EXHIBIT

# 21

14167292071@s.whatsapp.net Andrew

Hvst it's at 2.00 I can get the whole deal they have lots of good news you think your New York guys will do it?

**Status:** Read
**Platform:** Mobile

8/3/2017 20:11(UTC+0)

19493860559@s.whatsapp.net

Yes

**Status:** Sent
**Platform:** Mobile

8/3/2017 20:13(UTC+0)

19493860559@s.whatsapp.net

I will tell them

**Status:** Sent
**Platform:** Mobile

8/3/2017 20:13(UTC+0)

19493860559@s.whatsapp.net

Total?

**Status:** Sent
**Platform:** Mobile

8/3/2017 20:13(UTC+0)

19493860559@s.whatsapp.net

Deposit total

**Status:** Sent
**Platform:** Mobile

8/3/2017 20:16(UTC+0)

14167292071@s.whatsapp.net Andrew

I haven't got statement it shows up at 8am my time and I'll send them to you

**Status:** Read
**Platform:** Mobile

8/3/2017 20:16(UTC+0)

14167292071@s.whatsapp.net Andrew

I'll send you what I have up until today

**Status:** Read
**Platform:** Mobile

8/3/2017 20:16(UTC+0)

SC14_15-REPORTS-038691

# EXHIBIT

# 21A



SC14_15-REPORTS-038734

14167292071@s.whatsapp.net Andrew

If I don't answer please call just in case

**Status:** Read
**Platform:** Mobile

1/24/2018 17:16(UTC+0)

14167292071@s.whatsapp.net Andrew

Put messages through here

**Status:** Read
**Platform:** Mobile

1/24/2018 17:21(UTC+0)

19493860559@s.whatsapp.net

5747 placed

**Status:** Sent
**Platform:** Mobile

1/24/2018 17:22(UTC+0)

19493860559@s.whatsapp.net

Filled

**Status:** Sent
**Platform:** Mobile

1/24/2018 17:22(UTC+0)

14167292071@s.whatsapp.net Andrew

Davc ?

**Status:** Read
**Platform:** Mobile

1/24/2018 17:22(UTC+0)

14167292071@s.whatsapp.net Andrew

5747 asnt filled at 1.70

**Status:** Read
**Platform:** Mobile

1/24/2018 17:22(UTC+0)

19493860559@s.whatsapp.net

Ok

**Status:** Sent
**Platform:** Mobile

1/24/2018 17:23(UTC+0)

7017

SC14_15-REPORTS-038735



# EXHIBIT

# 22



19493860559@s.whatsapp.net

I can't do 47

**Status:** Sent
**Platform:** Mobile

8/31/2017 15:49(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok I understand.

**Status:** Read
**Platform:** Mobile

8/31/2017 15:50(UTC+0)

19493860559@s.whatsapp.net

How many pts on hvst

**Status:** Sent
**Platform:** Mobile

8/31/2017 15:53(UTC+0)

19493860559@s.whatsapp.net

I need min 50 on all deals

**Status:** Sent
**Platform:** Mobile

8/31/2017 15:57(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok

**Status:** Read
**Platform:** Mobile

8/31/2017 15:57(UTC+0)

19493860559@s.whatsapp.net

Hvst?

**Status:** Sent
**Platform:** Mobile

8/31/2017 15:57(UTC+0)

19493860559@s.whatsapp.net

Pts?

**Status:** Sent
**Platform:** Mobile

8/31/2017 15:58(UTC+0)

6739

> **14167292071@s.whatsapp.net** Andrew
> I can't where I send the stock it makes it not worth it to do
> **Status:** Read
> **Platform:** Mobile
> 8/31/2017 15:58(UTC+0)

> **14167292071@s.whatsapp.net** Andrew
> And it's a really really good deal will be an easy sell
> **Status:** Read
> **Platform:** Mobile
> 8/31/2017 15:59(UTC+0)

> **19493860559@s.whatsapp.net**
> Well tell your people I need 50.
> **Status:** Sent
> **Platform:** Mobile
> 8/31/2017 15:59(UTC+0)

> **19493860559@s.whatsapp.net**
> I already been getting deals at 55 that pay on time
> **Status:** Sent
> **Platform:** Mobile
> 8/31/2017 16:00(UTC+0)

> **19493860559@s.whatsapp.net**
> No headaches
> **Status:** Sent
> **Platform:** Mobile
> 8/31/2017 16:00(UTC+0)

> **19493860559@s.whatsapp.net**
> I have 3 rooms
> **Status:** Sent
> **Platform:** Mobile
> 8/31/2017 16:00(UTC+0)

> **19493860559@s.whatsapp.net**
> I don't put all of them on your deals because it's too much headaches
> **Status:** Sent
> **Platform:** Mobile
> 8/31/2017 16:01(UTC+0)

# EXHIBIT

# 23

### 10.17. HVST

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|------|-------------|--------|-----------|------------|------------|
| 10.17.17 | Jeff Smith | 529 | $ 5.30 | $ 2,803.70 | $ 1,261.67 |
| 10.17.17 | Dale Bennett | 392 | $ 5.10 | $ 1,999.20 | $ 899.64 |
| 10.17.17 | Tom Hawling | 518 | $ 5.40 | $ 2,797.20 | $ 1,258.74 |
| 10.20.17 | Thomas Chong | 425 | $ 5.40 | $ 2,295.00 | $ 1,032.75 |
| | | | | $ - | $ - |
| | | 1,864 | | $ - 9,895.10 | $ 3463.28 |

# EXHIBIT

# 24

## 8.7. BMXI

| Date | Harold | Shares | Price Per | Total Sale | Gross Comm |
|------|--------|--------|-----------|------------|------------|
| 8.7.17 | Brandon Hunt | 208,333 | $ 0.05 | $ 9,999.98 | $ 4,499.99 |
| 8.7.17 | Harold Campbell | 58,695 | $ 0.05 | $ 2,699.97 | $ 1,214.99 |
| 8.7.17 | Florence Fisher | 20,833 | $ 0.05 | $ 999.98 | $ 449.99 |
| 8.7.17 | Rich Shapher | 144,454 | $ 0.05 | $ 6,933.79 | $ 3,120.21 |
| 8.7.17 | Rich Shapher | 13,828 | $ 0.05 | $ 636.09 | $ 286.24 |
| 8.7.17 | Rich Shapher | 50,000 | $ 0.05 | $ 2,300.00 | $ 1,035.00 |
| 8.7.17 | Umesh Shat | 97,826 | $ 0.05 | $ 4,500.00 | $ 2,025.00 |
| 8.7.17 | Allen Moore | 20,000 | $ 0.05 | $ 960.00 | $ 432.00 |
| 8.7.17 | Allen Moore | 5,000 | $ 0.05 | $ 240.00 | $ 108.00 |
| 8.8.17 | Bett Gray | 42,000 | $ 0.05 | $ 2,016.00 | $ 907.20 |
| 8.8.17 | Laren Mertons | 10,200 | $ 0.05 | $ 484.50 | $ 218.03 |
| 8.8.17 | Laren Mertons | 109,800 | $ 0.05 | $ 5,270.40 | $ 2,371.68 |
| 8.8.17 | Jeff Vogel | 5,416 | $ 0.05 | $ 259.97 | $ 116.99 |
| 8.8.17 | Jeff Vogel | 30,000 | $ 0.05 | $ 1,380.00 | $ 621.00 |
| 8.8.17 | Bruce Revel | 41,666 | $ 0.05 | $ 1,999.97 | $ 899.99 |
| 8.8.17 | Larry Scott | 18,556 | $ 0.05 | $ 890.69 | $ 400.81 |
| 8.8.17 | Nick Dunbar** | 41,666 | $ 0.05 | $ 1,999.97 | $ 899.99 |
| 8.8.17 | Tom Bullock | 10,200 | $ 0.05 | $ 489.60 | $ 220.32 |
| 8.8.17 | Tom Bullock | 10,200 | $ 0.05 | $ 489.60 | $ 220.32 |
| 8.8.17 | Tom Bullock | 8,465 | $ 0.05 | $ 406.32 | $ 182.84 |
| 8.8.16 | Chuck Brinker | 47,916 | $ 0.05 | $ 2,299.97 | $ 1,034.99 |
| 8.9.17 | Luke tillsetter | 62,500 | $ 0.04 | $ 2,806.25 | $ 1,262.81 |

SC14_15-REPORTS-038694

| Date | Name | Shares | Price | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| 8.9.17 | Tender Robinson | 16,328 | $0.05 | $767.42 | $345.34 |
| 8.9.17 | Tender Robinson | 200 | $0.05 | $9.40 | $4.23 |
| 8.9.17 | Tender Robinson | 10,000 | $0.05 | $470.00 | $211.50 |
| 8.9.17 | Tender Robinson | 25,555 | $0.05 | $1,175.53 | $528.99 |
| 8.9.17 | Russell Dietzen | 14,996 | $0.04 | $673.32 | $302.99 |
| 8.9.17 | Russell Dietzen | 9,604 | $0.04 | $430.26 | $193.62 |
| 8.9.17 | Russell Dietzen | 10,200 | $0.04 | $456.96 | $205.63 |
| 8.9.17 | Russell Dietzen | 10,200 | $0.04 | $448.80 | $201.96 |
| 8.9.17 | James Edmonson | 72,274 | $0.05 | $3,505.29 | $1,577.38 |
| 8.9.17 | James Edmonson | 10,200 | $0.05 | $494.70 | $222.62 |
| 8.9.17 | David Bender | 82,669 | $0.05 | $4,025.98 | $1,811.69 |
| 8.9.17 | David Bender | 10,000 | $0.05 | $485.00 | $218.25 |
| 8.9.17 | David Bender | 10,000 | $0.05 | $471.40 | $212.13 |
| 8.9.17 | Ken Peter | 5,015 | $0.05 | $243.23 | $109.45 |
| 8.10.17 | A M fuller | 42,553 | $0.05 | $1,999.99 | $900.00 |
| 8.10.17 | Andrew Coy | 95,744 | $0.05 | $4,499.97 | $2,024.99 |
| 8.10.17 | Henry Dove | 30,200 | $0.05 | $1,434.50 | $645.53 |
| 8.10.17 | John Hamilton | 79,166 | $0.05 | $3,760.39 | $1,692.17 |
| 8.10.17 | Ralph Davis | 1,000,000 | $0.05 | $47,000.00 | $21,150.00 |
| 8.10.17 | David Navarro | 100,000 | $0.05 | $4,550.00 | $2,047.50 |
| 8.10.17 | David Navarro | 6,382 | $0.05 | $299.95 | $134.98 |
| 8.10.17 | Paul Harzar | 42,105 | $0.05 | $1,978.94 | $890.52 |
| 8.10.17 | Jersey Weinberger | 106,582 | $0.05 | $5,009.35 | $2,254.21 |

| 8.11.17 | Art  Coerver | 50,000 | $ 0.05 | $ 2,400.00 | $ 1,080.00 |
|---------|--------------|--------|--------|------------|------------|
| 8.11.17 | Allen Hughes | 1,000 | $ 0.05 | $ 48.00 | $ 21.60 |
| 8.11.17 | Allen Hughes | 10,000 | $ 0.04 | $ 417.50 | $ 187.88 |
| 8.11.17 | Allen Hughes | 10,000 | $ 0.05 | $ 470.00 | $ 211.50 |
| 8.11.17 | Buddy Womochill | 30,906 | $ 0.05 | $ 1,452.58 | $ 653.66 |
| 8.11.17 | Buddy Womochill | 36,094 | $ 0.05 | $ 1,732.51 | $ 779.63 |
| 8.11.17 | Joe Judd | 194,601 | $ 0.05 | $ 9,321.39 | $ 4,194.62 |
| 8.11.17 | Joe Judd | 10,000 | $ 0.05 | $ 455.00 | $ 204.75 |
| 8.11.17 | Joe Judd | 3,732 | $ 0.05 | $ 179.14 | $ 80.61 |
| 8.11 | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |

| | | | | $ - | $ - |
|---|---|---|---|---|---|
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |

| | | | | $ - | $ - |
|---|---|---|---|---|---|
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| **Totals** | | **3,193,860** | | **$150,729.53** | **$ 45,218.70** |

# EXHIBIT

# 25

+19493860559

U don't have today

**Status:** Sent
**Delivered:** 8/4/2017 02:54(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

8/4/2017 02:54(UTC+0)

+14167292071 Andrew

Not till early in am

**Status:** Read
**Read:** 8/4/2017 02:54(UTC+0)

8/4/2017 02:54(UTC+0)

+14167292071 Andrew

Everyone I wrote Bmxi filled your orders came in but sometimes I was saying .047 but I had my order in at .046 just to make sure I capture everything you bring

**Status:** Read
**Read:** 8/4/2017 02:55(UTC+0)

8/4/2017 02:55(UTC+0)

+19493860559

I was waiting to confirm

**Status:** Sent
**Delivered:** 8/4/2017 02:55(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

8/4/2017 02:55(UTC+0)

+19493860559

I thought u would have totals

**Status:** Sent
**Delivered:** 8/4/2017 02:56(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

8/4/2017 02:56(UTC+0)

+19493860559

Ok

**Status:** Sent
**Delivered:** 8/4/2017 02:56(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

8/4/2017 02:56(UTC+0)

SC14_15-REPORTS-038699

# EXHIBIT

# 26



+13108717729 Dave Office

2631 in

**Status:** Read
**Read:** 7/14/2017 14:52(UTC+0)

7/14/2017 14:52(UTC+0)

+19493860559

K

**Status:** Sent
**Delivered:** 7/14/2017 14:52(UTC+0)

7/14/2017 14:52(UTC+0)

+13108717729 Dave Office

2 trades
$2500
$4000
BMXI

**Status:** Read
**Read:** 7/14/2017 16:20(UTC+0)

7/14/2017 16:19(UTC+0)

+13108717729 Dave Office

???

**Status:** Read
**Read:** 7/14/2017 16:20(UTC+0)

7/14/2017 16:20(UTC+0)

+19493860559

One sec

**Status:** Sent
**Delivered:** 7/14/2017 16:21(UTC+0)

7/14/2017 16:21(UTC+0)

+13108717729 Dave Office

Need price

**Status:** Read
**Read:** 7/14/2017 16:22(UTC+0)

7/14/2017 16:22(UTC+0)

+19493860559

.087

**Status:** Sent
**Delivered:** 7/14/2017 16:22(UTC+0)

7/14/2017 16:22(UTC+0)

SC14_15-REPORTS-038700



+13108717729 Dave Office

45977
28,735

Status: Read
Read: 7/14/2017 16:25(UTC+0)

7/14/2017 16:24(UTC+0)

+13108717729 Dave Office

Shares

Status: Read
Read: 7/14/2017 16:25(UTC+0)

7/14/2017 16:24(UTC+0)

+19493860559

Ok

Status: Sent
Delivered: 7/14/2017 16:25(UTC+0)

7/14/2017 16:25(UTC+0)

+19493860559

28,735

Status: Sent
Delivered: 7/14/2017 16:27(UTC+0)

7/14/2017 16:27(UTC+0)

+19493860559

Or 2 trades

Status: Sent
Delivered: 7/14/2017 16:27(UTC+0)

7/14/2017 16:27(UTC+0)

+13108717729 Dave Office

Two trades

Status: Read
Read: 7/14/2017 16:27(UTC+0)

7/14/2017 16:27(UTC+0)

+19493860559

Ok

Status: Sent
Delivered: 7/14/2017 16:27(UTC+0)

7/14/2017 16:27(UTC+0)

181

+13108717729 Dave Office

45,977
28,735

**Status:** Read
**Read:** 7/14/2017 16:28(UTC+0)

7/14/2017 16:28(UTC+0)

+19493860559

Ok

**Status:** Sent
**Delivered:** 7/14/2017 16:28(UTC+0)

7/14/2017 16:28(UTC+0)

+13108717729 Dave Office

45977 in on bid

**Status:** Read
**Read:** 7/14/2017 16:28(UTC+0)

7/14/2017 16:28(UTC+0)

+19493860559

Ok

**Status:** Sent
**Delivered:** 7/14/2017 16:28(UTC+0)

7/14/2017 16:28(UTC+0)

+13108717729 Dave Office

The 28,735 is a call in forgot password

**Status:** Read
**Read:** 7/14/2017 16:49(UTC+0)

7/14/2017 16:29(UTC+0)

+13108717729 Dave Office

$2500 ECEZ

**Status:** Read
**Read:** 7/14/2017 16:49(UTC+0)

7/14/2017 16:45(UTC+0)

+13108717729 Dave Office

???

**Status:** Read
**Read:** 7/14/2017 16:49(UTC+0)

7/14/2017 16:46(UTC+0)

SC14_15-REPORTS-038702

# EXHIBIT

# 27



19493860559@s.whatsapp.net
Thank you!
Status: Sent
Platform: Mobile
7/28/2017 13:43(UTC+0)

14167292071@s.whatsapp.net Andrew
Np
Status: Read
Platform: Mobile
7/28/2017 13:43(UTC+0)

19493860559@s.whatsapp.net
Price
Status: Sent
Platform: Mobile
7/28/2017 13:54(UTC+0)

14167292071@s.whatsapp.net Andrew
.053
Status: Read
Platform: Mobile
7/28/2017 13:54(UTC+0)

19493860559@s.whatsapp.net
2000
Status: Sent
Platform: Mobile
7/28/2017 14:08(UTC+0)

14167292071@s.whatsapp.net Andrew
.053
Status: Read
Platform: Mobile
7/28/2017 14:08(UTC+0)

14167292071@s.whatsapp.net Andrew
37,735 BMXI filled
Status: Read
Platform: Mobile
7/28/2017 14:22(UTC+0)

SC14_15-REPORTS-038703

# EXHIBIT

# 28

## CHZP 5/27-6/2

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|-------|-------------|--------|-----------|------------|------------|
| 5/27/2016 | Melanie Riles | 7,781 | $ 0.69 | $ 5,368.89 | $ 1,610.67 |
| 5/27/2016 | Peter Ryder | 6,000 | $ 0.69 | $ 4,140.00 | $ 1,242.00 |
| 5/27/2016 | Minh Tu | 7,246 | $ 0.69 | $ 4,999.74 | $ 1,999.90 |
| 5/31/2016 | Mark Reterath | 7,200 | $ 0.69 | $ 4,968.00 | $ 1,987.20 |
| 6/1/2016 | Bob Brown | 4,000 | $ 0.67 | $ 2,680.00 | $ 1,072.00 |
| 6/1/2016 | Jeff Petrucci | 7,114 | $ 0.67 | $ 4,766.38 | $ 1,906.55 |
| 6/2/2016 | Len Penner | 1,470 | $ 0.68 | $ 999.60 | $ 399.84 |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | | |
| | | | | | |
| **Totals** | | **40,811** | | **$27,922.61** | **$ 8376.60** |

# EXHIBIT

# 29

+19493860559

How much are u sending

**Status:** Sent
**Delivered:** 12/30/2016 16:03(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

12/30/2016 16:03(UTC+0)

+14167292071 Andrew

Hold let me get price and amount going out

**Status:** Read
**Read:** 12/30/2016 16:03(UTC+0)

12/30/2016 16:03(UTC+0)

+19493860559

19k for chzp

**Status:** Sent
**Delivered:** 12/30/2016 16:03(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

12/30/2016 16:03(UTC+0)

+19493860559

Plus this week trades

**Status:** Sent
**Delivered:** 12/30/2016 16:03(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

12/30/2016 16:03(UTC+0)

+19493860559

Right

**Status:** Sent
**Delivered:** 12/30/2016 16:03(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

12/30/2016 16:03(UTC+0)

+14167292071 Andrew

I am sending 10k for chzp more is going to hit today they only sent half what they had to
send me. And money for yesterday trades

**Status:** Read
**Read:** 12/30/2016 16:04(UTC+0)

12/30/2016 16:04(UTC+0)

827

SC14_15-REPORTS-038705



+19493860559

What!

Status: Sent
Delivered: 12/30/2016 16:04(UTC+0)
Read: 11/6/2017 21:57(UTC+0)

12/30/2016 16:04(UTC+0)

+19493860559

U gave your word

Status: Sent
Delivered: 12/30/2016 16:04(UTC+0)
Read: 11/6/2017 21:57(UTC+0)

12/30/2016 16:04(UTC+0)

+19493860559

I need 20

Status: Sent
Delivered: 12/30/2016 16:04(UTC+0)
Read: 11/6/2017 21:57(UTC+0)

12/30/2016 16:04(UTC+0)

+14167292071 Andrew

It will come other half hitting today

Status: Read
Read: 12/30/2016 16:05(UTC+0)

12/30/2016 16:05(UTC+0)

+19493860559

No you told me 19k

Status: Sent
Delivered: 12/30/2016 16:05(UTC+0)
Read: 11/6/2017 21:57(UTC+0)

12/30/2016 16:05(UTC+0)

+19493860559

I need that today

Status: Sent
Delivered: 12/30/2016 16:05(UTC+0)
Read: 11/6/2017 21:57(UTC+0)

12/30/2016 16:05(UTC+0)

SC14_15-REPORTS-038706

# EXHIBIT

# 30

**8.17 GVCL**

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|---|---|---|---|---|---|
| 8.17.17 | Kyle Finn | 150,000 | $ 0.02 | $ 3,165.00 | $ 1,424.25 |
| 8.17.17 | Kyle Finn | 10,000 | $ 0.02 | $ 229.00 | $ 103.05 |
| 8.17.17 | tom Tufts | 160,000 | $ 0.03 | $ 4,000.00 | $ 1,800.00 |
| 8.17.17 | Scott Woodley | 44,000 | $ 0.02 | $ 1,012.00 | $ 455.40 |
| 8.17.107 | Scott Woodley | 50,000 | $ 0.02 | $ 1,080.00 | $ 486.00 |
| 8.17.17 | Matt Turner | 92,000 | $ 0.02 | $ 2,208.00 | $ 993.60 |
| 8.17.17 | Royce Jackson | 100,000 | $ 0.02 | $ 2,480.00 | $ 1,116.00 |
| 8.18.17 | Phillip wooddruff | 95,846 | $ 0.03 | $ 2,999.98 | $ 1,349.99 |
| 8.18.17 | Charles Hooker | 115,000 | $ 0.03 | $ 3,645.50 | $ 1,640.48 |
| 8.18.17 | Bill Shot | 40,000 | $ 0.03 | $ 1,268.00 | $ 570.60 |
| 8.18.17 | Bill Shot | 10,000 | $ 0.03 | $ 311.00 | $ 139.95 |
| 8.18.17 | Bill Shot | 44,637 | $ 0.03 | $ 1,410.53 | $ 634.74 |
| 8.18.17 | Ruselll Dietzen | 70,000 | $ 0.03 | $ 2,149.00 | $ 967.05 |
| 8.18.17 | Ralph Mayer | 62,200 | $ 0.03 | $ 1,878.44 | $ 845.30 |
| 8.18.17 | Roland Cooture | 17,866 | $ 0.03 | $ 548.49 | $ 246.82 |
| 8.18.17 | Roland Cooture | 100,000 | $ 0.03 | $ 3,000.00 | $ 1,350.00 |
| 8.18.17 | Roland Cooture | 50,000 | $ 0.03 | $ 1,535.00 | $ 690.75 |
| 8.18.17 | George Magna | 114,006 | $ 0.03 | $ 3,499.98 | $ 1,574.99 |
| 8.18.17 | Jeff Smth | 50,000 | $ 0.03 | $ 1,535.00 | $ 690.75 |
| 8.18.17 | Jeff Smth | 50,000 | $ 0.03 | $ 1,550.00 | $ 697.50 |
| 8.18.17 | Jeff Smth | 222,581 | $ 0.03 | $ 6,900.01 | $ 3,105.00 |
| 8.18.17 | Auric Davis | 26,225 | $ 0.03 | $ 812.98 | $ 365.84 |

| Date | Name | Amount | Rate | $ | $ |
|---|---|---|---|---|---|
| 8.18.17 | Auric Davis | 38,291 | $ 0.03 | $ 1,187.02 | $ 534.16 |
| 8.18.17 | Rod Long | 77,881 | $ 0.03 | $ 2,414.31 | $ 1,086.44 |
| 8.18.17 | Rod Long | 19,163 | $ 0.03 | $ 594.05 | $ 267.32 |
| 8.18.17 | Frank Karth | 90,032 | $ 0.03 | $ 2,800.00 | $ 1,260.00 |
| 8.18.17 | Dick thomas | 83,000 | $ 0.03 | $ 2,581.30 | $ 1,161.59 |
| 8.18.17 | Dick thomas | 10,000 | $ 0.03 | $ 310.00 | $ 139.50 |
| 8.18.17 | Dick thomas | 10,000 | $ 0.03 | $ 310.00 | $ 139.50 |
| 8.18.17 | James Webster | 100,000 | $ 0.03 | $ 3,000.00 | $ 1,350.00 |
| 8.18.17 | James Webster | 60,771 | $ 0.03 | $ 1,889.98 | $ 850.49 |
| 8.18.17 | Dale Bennett | 64,308 | $ 0.03 | $ 1,961.39 | $ 882.63 |
| 8.18.17 | Bill Short | 94,637 | $ 0.32 | $ 29,905.29 | $ 13,457.38 |
| 8.18.17 | Don Paris | 102,893 | $ 0.03 | $ 3,199.97 | $ 1,439.99 |
| 8.18.17 | D. Stenke | 643,086 | $ 0.03 | $ 19,999.97 | $ 8,999.99 |
| 8.18.17 | Charlie Lou | 64,311 | $ 0.03 | $ 1,961.49 | $ 882.67 |
| 8.18.17 | Jeff Smith | 112,414 | $ 0.03 | $ 3,260.01 | $ 1,467.00 |
| 8.18.17 | Jeff Smith | 200 | $ 0.03 | $ 5.80 | $ 2.61 |
| 8.18.17 | Jeff Smith | 60,000 | $ 0.03 | $ 1,740.00 | $ 783.00 |
| 8.18.17 | Jeff Smith | 112,187 | $ 0.03 | $ 3,489.02 | $ 1,570.06 |
| 8.18.17 | Jeff Smith | 10,000 | $ 0.03 | $ 310.00 | $ 139.50 |
| 8.18.17 | Mike Vojtysiak | 160,771 | $ 0.03 | $ 4,999.98 | $ 2,249.99 |
| 8.18.17 | Mark Albala | 90,000 | $ 0.03 | $ 2,853.00 | $ 1,283.85 |
| 8.18.17 | Mark ALbala | 25,000 | $ 0.03 | $ 775.00 | $ 348.75 |
| | | | | $ - | $ - |
| | | 3,703,306 | | 136,765.48 | 47,867.91 |

# EXHIBIT

# 31



14167292071@s.whatsapp.net Andrew

I have another deal we can out the 25k into

Status: Read
Platform: Mobile

8/17/2017 16:30(UTC+0)

14167292071@s.whatsapp.net Andrew

GVCL

Status: Read
Platform: Mobile

8/17/2017 16:30(UTC+0)

14167292071@s.whatsapp.net Andrew

We can do the trade at .024

Status: Read
Platform: Mobile

8/17/2017 16:30(UTC+0)

14167292071@s.whatsapp.net Andrew

Want to do it or no?

Status: Read
Platform: Mobile

8/17/2017 16:54(UTC+0)

19493860559@s.whatsapp.net

Ok

Status: Sent
Platform: Mobile

8/17/2017 16:54(UTC+0)

19493860559@s.whatsapp.net

Unlimited

Status: Sent
Platform: Mobile

8/17/2017 16:54(UTC+0)

19493860559@s.whatsapp.net

GVCL

Status: Sent
Platform: Mobile

8/17/2017 16:54(UTC+0)

6622



14167292071@s.whatsapp.net Andrew

Yes

Status: Read
Platform: Mobile

8/17/2017 16:55(UTC+0)

19493860559@s.whatsapp.net

Ok

Status: Sent
Platform: Mobile

8/17/2017 16:55(UTC+0)

19493860559@s.whatsapp.net

2500

Status: Sent
Platform: Mobile

8/17/2017 17:03(UTC+0)

19493860559@s.whatsapp.net

Dollars

Status: Sent
Platform: Mobile

8/17/2017 17:03(UTC+0)

14167292071@s.whatsapp.net Andrew

.025 is the price for GVCL

Status: Read
Platform: Mobile

8/17/2017 17:03(UTC+0)

19493860559@s.whatsapp.net

.024

Status: Sent
Platform: Mobile

8/17/2017 17:03(UTC+0)

19493860559@s.whatsapp.net

Ok

Status: Sent
Platform: Mobile

8/17/2017 17:03(UTC+0)

SC14_15-REPORTS-038710



14167292071@s.whatsapp.net Andrew
.025
Status: Read
Platform: Mobile
8/17/2017 17:03(UTC+0)

19493860559@s.whatsapp.net
K
Status: Sent
Platform: Mobile
8/17/2017 17:03(UTC+0)

19493860559@s.whatsapp.net
100k
Status: Sent
Platform: Mobile
8/17/2017 17:04(UTC+0)

19493860559@s.whatsapp.net
Shares
Status: Sent
Platform: Mobile
8/17/2017 17:04(UTC+0)

19493860559@s.whatsapp.net
.025
Status: Sent
Platform: Mobile
8/17/2017 17:04(UTC+0)

14167292071@s.whatsapp.net Andrew
Ok
Status: Read
Platform: Mobile
8/17/2017 17:04(UTC+0)

19493860559@s.whatsapp.net
2300 more
Status: Sent
Platform: Mobile
8/17/2017 17:08(UTC+0)

SC14_15-REPORTS-038711



19493860559@s.whatsapp.net

Dollars

**Status:** Sent
**Platform:** Mobile

8/17/2017 17:08(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok .025

**Status:** Read
**Platform:** Mobile

8/17/2017 17:08(UTC+0)

14167292071@s.whatsapp.net Andrew

100k GVCL filled

**Status:** Read
**Platform:** Mobile

8/17/2017 17:09(UTC+0)

14167292071@s.whatsapp.net Andrew

100k GVCL filled

**Status:** Read
**Platform:** Mobile

8/17/2017 17:15(UTC+0)

19493860559@s.whatsapp.net

Yes

**Status:** Sent
**Platform:** Mobile

8/17/2017 17:15(UTC+0)

19493860559@s.whatsapp.net

2300

**Status:** Sent
**Platform:** Mobile

8/17/2017 17:28(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok .025

**Status:** Read
**Platform:** Mobile

8/17/2017 17:30(UTC+0)

SC14_15-REPORTS-038712

# EXHIBIT

# 32



+13108717729 Dave Office

I just texted them they are going to freak

Status: Read
Read: 8/17/2017 16:24(UTC+0)

8/17/2017 16:24(UTC+0)

+13108717729 Dave Office

Will
We have ECEZ tomorrow?

Status: Read
Read: 8/17/2017 16:25(UTC+0)

8/17/2017 16:25(UTC+0)

+19493860559

We can do GVCL

Status: Sent
Delivered: 8/17/2017 16:31(UTC+0)

8/17/2017 16:31(UTC+0)

+19493860559

25k

Status: Sent
Delivered: 8/17/2017 16:31(UTC+0)

8/17/2017 16:31(UTC+0)

+13108717729 Dave Office

Wow

Status: Read
Read: 8/17/2017 16:31(UTC+0)

8/17/2017 16:31(UTC+0)

+19493860559

.024

Status: Sent
Delivered: 8/17/2017 16:32(UTC+0)

8/17/2017 16:32(UTC+0)

+19493860559

Best I can do today

Status: Sent
Delivered: 8/17/2017 16:32(UTC+0)

8/17/2017 16:32(UTC+0)

SC14_15-REPORTS-038713



+13108717729 Dave Office
We'll get paid?
Status: Read
Read: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+19493860559
Yes
Status: Sent
Delivered: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+19493860559
Same guy
Status: Sent
Delivered: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+13108717729 Dave Office
Unlimited shares
Status: Read
Read: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+13108717729 Dave Office
You really pull rabbits out of hats
Status: Read
Read: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+19493860559
I told him about your 25k deal
Status: Sent
Delivered: 8/17/2017 16:32(UTC+0)
8/17/2017 16:32(UTC+0)

+19493860559
He said put it in gvcl
Status: Sent
Delivered: 8/17/2017 16:33(UTC+0)
8/17/2017 16:33(UTC+0)

345

SC14_15-REPORTS-038714

# EXHIBIT

# 33



> 14167292071@s.whatsapp.net Andrew
> And all stock going in there
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/27/2017 16:27(UTC+0)

> 19493860559@s.whatsapp.net
> Oh ok
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/27/2017 16:30(UTC+0)

> 19493860559@s.whatsapp.net
> ITMC only
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/27/2017 16:30(UTC+0)

> 14167292071@s.whatsapp.net Andrew
> Yes
>
> **Status:** Read
> **Platform:** Mobile
>
> 3/27/2017 16:30(UTC+0)

> 19493860559@s.whatsapp.net
> 20k shares
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/27/2017 18:58(UTC+0)

> 19493860559@s.whatsapp.net
> ITMC
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/27/2017 18:58(UTC+0)

> 19493860559@s.whatsapp.net
> .097
>
> **Status:** Sent
> **Platform:** Mobile
>
> 3/27/2017 18:58(UTC+0)

6086

14167292071@s.whatsapp.net Andrew

.097

**Status:** Read
**Platform:** Mobile

3/27/2017 18:58(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok

**Status:** Read
**Platform:** Mobile

3/27/2017 18:59(UTC+0)

14167292071@s.whatsapp.net Andrew

I don't get it these guys put all this buying in we pay them and then they just stop?  If we are paying such high rates they should be able to do this constantly ?

**Status:** Read
**Platform:** Mobile

3/28/2017 14:20(UTC+0)

19493860559@s.whatsapp.net

There are a few problems

**Status:** Sent
**Platform:** Mobile

3/28/2017 15:09(UTC+0)

19493860559@s.whatsapp.net

Marcus quit at Manilla office

**Status:** Sent
**Platform:** Mobile

3/28/2017 15:09(UTC+0)

14167292071@s.whatsapp.net Andrew

Oh shit

**Status:** Read
**Platform:** Mobile

3/28/2017 15:10(UTC+0)

19493860559@s.whatsapp.net

The NY office has another deal so he is working with both of us which sucks

**Status:** Sent
**Platform:** Mobile

3/28/2017 15:10(UTC+0)

6087

SC14_15-REPORTS-038716

# EXHIBIT

# 34

### 7.16. LBTD

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|---|---|---|---|---|---|
| 8.16.17 | Don Paris | 13,333 | $ 0.13 | $ 1,733.29 | $ 779.98 |
| 8.16.17 | Lynwood Loftrach | 14,666 | $ 0.13 | $ 1,906.58 | $ 857.96 |
| 8.16.17 | George Piperas | 17,333 | $ 0.15 | $ 2,565.28 | $ 1,154.38 |
| 8.16.17 | Don Clark | 7,666 | $ 0.14 | $ 1,034.91 | $ 465.71 |
| 8.16.17 | Don Clark | 9,000 | $ 0.13 | $ 1,170.00 | $ 526.50 |
| 8.16.17 | Dale Burns | 30,000 | $ 0.10 | $ 3,000.00 | $ 1,350.00 |
| 8.16.17 | Richard Runwood | 21,000 | $ 0.15 | $ 3,150.00 | $ 1,417.50 |
| 8.16.17 | Richard Runwood | 2,333 | $ 0.13 | $ 303.29 | $ 136.48 |
| 8.16.17 | Dale Burns | 20,000 | $ 0.10 | $ 2,000.00 | $ 900.00 |
| 8.16.17 | Zoltan Bodor | 21,000 | $ 0.15 | $ 3,150.00 | $ 1,417.50 |
| 8.16.17 | Ken Anderson | 5,247 | $ 0.13 | $ 682.11 | $ 306.95 |
| 8.16.17 | Ken Anderson | 4,943 | $ 0.11 | $ 519.02 | $ 233.56 |
| 8.16.17 | Ruselll Dietzen | 15,000 | $ 0.13 | $ 1,890.00 | $ 850.50 |
|  |  |  |  | $ - | $ - |
|  |  | 181,521 |  | $ - 23,104.48 | $ - 6,931.34 |

# EXHIBIT

# 35



+19493860559
They are seriously upside down
Status: Sent
Delivered: 8/16/2017 14:26(UTC+0)
8/16/2017 14:26(UTC+0)

+19493860559
Shorters killing them
Status: Sent
Delivered: 8/16/2017 14:26(UTC+0)
8/16/2017 14:26(UTC+0)

+13108717729 Dave Office
Ok
Status: Read
Read: 8/16/2017 14:26(UTC+0)
8/16/2017 14:26(UTC+0)

+19493860559
They trying to figure out what to do
Status: Sent
Delivered: 8/16/2017 14:26(UTC+0)
8/16/2017 14:26(UTC+0)

+13108717729 Dave Office
What about that new stock?
Status: Read
Read: 8/16/2017 14:29(UTC+0)
8/16/2017 14:27(UTC+0)

+19493860559
Hvst tomorrow
Status: Sent
Delivered: 8/16/2017 14:29(UTC+0)
8/16/2017 14:29(UTC+0)

+19493860559
Lbtd today
Status: Sent
Delivered: 8/16/2017 14:29(UTC+0)
8/16/2017 14:29(UTC+0)

SC14_15-REPORTS-038718



+19493860559
.17
Status: Sent
Delivered: 8/16/2017 14:29(UTC+0)
8/16/2017 14:29(UTC+0)

+13108717729 Dave Office
Whoa
Status: Read
Read: 8/16/2017 14:32(UTC+0)
8/16/2017 14:30(UTC+0)

+13108717729 Dave Office
Wow
Status: Read
Read: 8/16/2017 14:32(UTC+0)
8/16/2017 14:30(UTC+0)

+13108717729 Dave Office
Ok $3500 LBTD
Status: Read
Read: 8/16/2017 14:44(UTC+0)
8/16/2017 14:44(UTC+0)

+19493860559
.17
Status: Sent
Delivered: 8/16/2017 14:44(UTC+0)
8/16/2017 14:44(UTC+0)

+13108717729 Dave Office
K
Status: Read
Read: 8/16/2017 14:48(UTC+0)
8/16/2017 14:45(UTC+0)

+13108717729 Dave Office
30,000 sshares
Status: Read
Read: 8/16/2017 15:36(UTC+0)
8/16/2017 15:35(UTC+0)

SC14_15-REPORTS-038719



+13108717729 Dave Office
???
Status: Read
Read: 8/16/2017 15:36(UTC+0)
8/16/2017 15:36(UTC+0)

+19493860559
.15
Status: Sent
Delivered: 8/16/2017 15:36(UTC+0)
8/16/2017 15:36(UTC+0)

+13108717729 Dave Office
In and filled
Status: Read
Read: 8/16/2017 15:43(UTC+0)
8/16/2017 15:39(UTC+0)

+13108717729 Dave Office
20.000 shares
Status: Read
Read: 8/16/2017 15:43(UTC+0)
8/16/2017 15:42(UTC+0)

+13108717729 Dave Office
??
Status: Read
Read: 8/16/2017 15:43(UTC+0)
8/16/2017 15:42(UTC+0)

+13108717729 Dave Office
Hi
Status: Read
Read: 8/16/2017 15:43(UTC+0)
8/16/2017 15:43(UTC+0)

+19493860559
.15
Status: Sent
Delivered: 8/16/2017 15:43(UTC+0)
8/16/2017 15:43(UTC+0)

SC14_15-REPORTS-038720



> **+13108717729 Dave Office**
> K
> Status: Read
> Read: 8/16/2017 15:43(UTC+0)
> 8/16/2017 15:43(UTC+0)

> **+19493860559**
> .14
> Status: Sent
> Delivered: 8/16/2017 15:43(UTC+0)
> 8/16/2017 15:43(UTC+0)

> **+13108717729 Dave Office**
> In and filled
> Status: Read
> Read: 8/16/2017 15:45(UTC+0)
> 8/16/2017 15:45(UTC+0)

> **+13108717729 Dave Office**
> Get it?
> Status: Read
> Read: 8/16/2017 15:49(UTC+0)
> 8/16/2017 15:46(UTC+0)

> **+19493860559**
> Yes
> Status: Sent
> Delivered: 8/16/2017 15:49(UTC+0)
> 8/16/2017 15:49(UTC+0)

> **+13108717729 Dave Office**
> $2500
> Status: Read
> Read: 8/16/2017 16:51(UTC+0)
> 8/16/2017 16:50(UTC+0)

> **+13108717729 Dave Office**
> ???
> Status: Read
> Read: 8/16/2017 17:00(UTC+0)
> 8/16/2017 16:51(UTC+0)

SC14_15-REPORTS-038721



**+19493860559**

Hey

Status: Sent
Delivered: 8/16/2017 17:22(UTC+0)

8/16/2017 17:22(UTC+0)

**+13108717729 Dave Office**

Call me when you have a min

Status: Read
Read: 8/16/2017 17:37(UTC+0)

8/16/2017 17:22(UTC+0)

**+13108717729 Dave Office**

$2200

Status: Read
Read: 8/16/2017 17:37(UTC+0)

8/16/2017 17:36(UTC+0)

**+19493860559**

.15

Status: Sent
Delivered: 8/16/2017 17:37(UTC+0)

8/16/2017 17:37(UTC+0)

**+13108717729 Dave Office**

14,666 in

Status: Read
Read: 8/16/2017 17:44(UTC+0)

8/16/2017 17:43(UTC+0)

**+19493860559**

Ok

Status: Sent
Delivered: 8/16/2017 17:44(UTC+0)

8/16/2017 17:44(UTC+0)

**+13108717729 Dave Office**

10,200 shares

Status: Read
Read: 8/16/2017 18:48(UTC+0)

8/16/2017 18:48(UTC+0)

SC14_15-REPORTS-038722



+19493860559
.15
Status: Sent
Delivered: 8/16/2017 18:48(UTC+0)
8/16/2017 18:48(UTC+0)

+13108717729 Dave Office
K
Status: Read
Read: 8/16/2017 18:49(UTC+0)
8/16/2017 18:48(UTC+0)

+13108717729 Dave Office
$2250 also
Status: Read
Read: 8/16/2017 18:49(UTC+0)
8/16/2017 18:49(UTC+0)

+13108717729 Dave Office
Same?
Status: Read
Read: 8/16/2017 18:49(UTC+0)
8/16/2017 18:49(UTC+0)

+19493860559
Yes
Status: Sent
Delivered: 8/16/2017 18:49(UTC+0)
8/16/2017 18:49(UTC+0)

+13108717729 Dave Office
15,000 in
Status: Read
Read: 8/16/2017 18:52(UTC+0)
8/16/2017 18:51(UTC+0)

+13108717729 Dave Office
10,200 also in
Status: Read
Read: 8/16/2017 18:52(UTC+0)
8/16/2017 18:52(UTC+0)

334

SC14_15-REPORTS-038723



SC14_15-REPORTS-038724



+18493860559

On call now

Status: Sent
Delivered: 8/16/2017 19:14(UTC+0)

8/16/2017 19:14(UTC+0)

+19493860559

He is leaving now

Status: Sent
Delivered: 8/16/2017 19:14(UTC+0)

8/16/2017 19:14(UTC+0)

+13108717729 Dave Office

Oh

Status: Read
Read: 8/16/2017 19:14(UTC+0)

8/16/2017 19:14(UTC+0)

+19493860559

No more trades til tomorrow

Status: Sent
Delivered: 8/16/2017 19:14(UTC+0)

8/16/2017 19:14(UTC+0)

+13108717729 Dave Office

I hope we have the new stock this client is all set up for 25k today

Status: Read
Read: 8/17/2017 13:54(UTC+0)

8/17/2017 13:31(UTC+0)

+13108717729 Dave Office

Please confirm what we have today my phone starts to blow up right about now

Status: Read
Read: 8/17/2017 13:54(UTC+0)

8/17/2017 13:34(UTC+0)

+13108717729 Dave Office

?

Status: Read
Read: 8/17/2017 13:54(UTC+0)

8/17/2017 13:38(UTC+0)

SC14_15-REPORTS-038725

# EXHIBIT

# 36



19493860559@s.whatsapp.net

Ok

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

19493860559@s.whatsapp.net

Send now

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

19493860559@s.whatsapp.net

Price?

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

14167292071@s.whatsapp.net Andrew

I am

**Status:** Read
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

19493860559@s.whatsapp.net

Price

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

14167292071@s.whatsapp.net Andrew

I have lbtd ready

**Status:** Read
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

19493860559@s.whatsapp.net

Ok

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:28(UTC+0)

6578

SC14_15-REPORTS-038726



19493860559@s.whatsapp.net

Price

Status: Sent
Platform: Mobile

8/16/2017 14:28(UTC+0)

19493860559@s.whatsapp.net

Send confirmation

Status: Sent
Platform: Mobile

8/16/2017 14:29(UTC+0)

19493860559@s.whatsapp.net

Wire sent please

Status: Sent
Platform: Mobile

8/16/2017 14:29(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok .17

Status: Read
Platform: Mobile

8/16/2017 14:29(UTC+0)

14167292071@s.whatsapp.net Andrew

And going to log in now

Status: Read
Platform: Mobile

8/16/2017 14:29(UTC+0)

19493860559@s.whatsapp.net

Ok

Status: Sent
Platform: Mobile

8/16/2017 14:35(UTC+0)

19493860559@s.whatsapp.net

3500

Status: Sent
Platform: Mobile

8/16/2017 14:44(UTC+0)

6579



19493860559@s.whatsapp.net

.17

Status: Sent
Platform: Mobile

8/16/2017 14:44(UTC+0)

19493860559@s.whatsapp.net

3500 dollars

Status: Sent
Platform: Mobile

8/16/2017 14:44(UTC+0)

14167292071@s.whatsapp.net Andrew

Shares ?

Status: Read
Platform: Mobile

8/16/2017 14:44(UTC+0)

19493860559@s.whatsapp.net

Dollars

Status: Sent
Platform: Mobile

8/16/2017 14:47(UTC+0)

14167292071@s.whatsapp.net Andrew

Ok

Status: Read
Platform: Mobile

8/16/2017 14:47(UTC+0)

14167292071@s.whatsapp.net Andrew

.15

Status: Read
Platform: Mobile

8/16/2017 14:47(UTC+0)

14167292071@s.whatsapp.net Andrew

If order has not come in

Status: Read
Platform: Mobile

8/16/2017 14:48(UTC+0)

6580

SC14_15-REPORTS-038728



19493860559@s.whatsapp.net
20,533 shares
Status: Sent
Platform: Mobile
8/16/2017 14:48(UTC+0)

19493860559@s.whatsapp.net
Ok
Status: Sent
Platform: Mobile
8/16/2017 14:48(UTC+0)

19493860559@s.whatsapp.net
.15
Status: Sent
Platform: Mobile
8/16/2017 14:48(UTC+0)

19493860559@s.whatsapp.net
Placing
Status: Sent
Platform: Mobile
8/16/2017 14:49(UTC+0)

14167292071@s.whatsapp.net Andrew
Yes
Status: Read
Platform: Mobile
8/16/2017 14:49(UTC+0)

19493860559@s.whatsapp.net
Wire sent
Status: Sent
Platform: Mobile
8/16/2017 14:49(UTC+0)

19493860559@s.whatsapp.net
?
Status: Sent
Platform: Mobile
8/16/2017 14:49(UTC+0)

SC14_15-REPORTS-038729



19493860559@s.whatsapp.net

?

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:50(UTC+0)

14167292071@s.whatsapp.net Andrew

Your going to see it very soon my phone didn't stop I promise you will hit you today

**Status:** Read
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

19493860559@s.whatsapp.net

Confirmation

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

14167292071@s.whatsapp.net Andrew

21k lbtd filled

**Status:** Read
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

19493860559@s.whatsapp.net

Send confirmation

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

19493860559@s.whatsapp.net

Please

**Status:** Sent
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

14167292071@s.whatsapp.net Andrew

Yes going to get that please take deep breath you will see it

**Status:** Read
**Platform:** Mobile

8/16/2017 14:51(UTC+0)

6582

SC14_15-REPORTS-038730

# EXHIBIT

# 37

## QBIO 5/9-5/13

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|------|-------------|--------|-----------|------------|------------|
| 5/9/2016 | Mat Gates | 900 | $ 3.97 | $ 3,573.00 | $ 1,071.90 |
| 5/9/2016 | Ron Levine | 297 | $ 3.97 | $ 1,179.09 | $ 353.73 |
| 5/9/2016 | Ron Levine | 990 | $ 3.97 | $ 3,930.30 | $ 1179.09 |
| 5/10/2016 | Jim Nye | 630 | $ 3.92 | $ 2,469.60 | $ 740.88 |
| 5/10/2016 | Donny Wade | 255 | $ 3.92 | $ 999.60 | $ 299.88 |
| 5/10/2016 | Kenneth Walker | 765 | $ 3.92 | $ 2,998.80 | $ 899.64 |
| 5/11/2016 | Jim Nye | 600 | $ 3.93 | $ 2,358.00 | $ 760.50 |
| 5/11/2016 | John Scheltz | 395 | $ 3.80 | $ 1,501.00 | $ 450.30 |
| 5/12/2016 | Thomas Warren | 649 | $ 3.85 | $ 2,498.65 | $ 749.59 |
| 5/13/2016 | Brandon Flynn | 1,020 | $ 3.82 | $ 3,896.40 | $ 1168 |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| **Totals** | | **6,501** | | **$25,404.44** | **$ 7621.20** |

SC14_15-REPORTS-038731

# EXHIBIT

# 38



19493860559@s.whatsapp.net

Chzp

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 18:11(UTC+0) | 1/4/2017 18:18(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 18:11(UTC+0)

14167292071@s.whatsapp.net Andrew

Yes I know I had to pay for tlnuf shares it cost me 30k. I have more funds coming in I am clearing 40k qbio the stock is at 10.00 I'll have more funds hit

**Status:** Read
**Platform:** Mobile

1/4/2017 18:19(UTC+0)

19493860559@s.whatsapp.net

Hey

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 19:13(UTC+0) | 1/4/2017 19:15(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 19:13(UTC+0)

19493860559@s.whatsapp.net

Price

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 19:13(UTC+0) | 1/4/2017 19:15(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 19:13(UTC+0)

14167292071@s.whatsapp.net Andrew

4

**Status:** Read
**Platform:** Mobile

1/4/2017 19:15(UTC+0)

SC14_15-REPORTS-038732

# EXHIBIT

# 39



+19493860559

What is Tlnuf price

**Status:** Sent
**Delivered:** 1/26/2017 17:00(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

1/26/2017 17:00(UTC+0)

+19493860559

Are u moving it up

**Status:** Sent
**Delivered:** 1/26/2017 17:00(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

1/26/2017 17:00(UTC+0)

+14167292071 Andrew

.033

**Status:** Read
**Read:** 1/26/2017 17:00(UTC+0)

1/26/2017 17:00(UTC+0)

+19493860559

Oh

**Status:** Sent
**Delivered:** 1/26/2017 17:01(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

1/26/2017 17:01(UTC+0)

+19493860559

New deal

**Status:** Sent
**Delivered:** 1/26/2017 17:01(UTC+0)
**Read:** 11/6/2017 21:57(UTC+0)

1/26/2017 17:01(UTC+0)

+14167292071 Andrew

Yes working on that

**Status:** Read
**Read:** 1/26/2017 17:01(UTC+0)

1/26/2017 17:01(UTC+0)

SC14_15-REPORTS-038733