UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



10385 Vista Sorrento Parkway
San Diego, California 92121

| | |
|---|---|
| File Number: | 318C-SD-2080547-INV14 |
| Requesting Official(s) and Office(s): | San Diego |
| Task Number(s) and Date Completed: | , 8/26/2019 |
| Name and Office of Typist(s): | SD76478; SD78082 |
| Name and Office of Reviewer(s): | SA Laura Wetterer and SA Jeremy R. Tarwater |

Source File Information
    Name of Audio File or CD:            171102_0078.MP3
    *If Applicable*−Date, Time, Duration:      00:27:18- 00:28:53


### VERBATIM TRANSCRIPTION

<u>Participants</u>:

    (VK) Vikram Khanna
    (AH) Andrew Hackett
    (CHS) Confidential Human Source


<u>Abbreviations</u>:    [UI]    Unintelligible
            [PH]    Phonetic
            [OV]    Overlapping Conversation


<u>Notations</u>:



GOVERNMENT
EXHIBIT
**1**
18CR3072-DMS

UNCLASSIFIED

SC14_15-TRANS-032277

UNCLASSIFIED

File Number: 318C-SD-2080547-INV14
Task Number:
Recording Date:   11/02/2017

| | |
|---|---|
| CHS: | --I mean I'm sure you watch— |
| AH: | Yes. |
| CHS: | --you watched uh, and-and I'm just going off of Vik. You watch Q-B-I-O, you understand how it goes. I have to tell you the worst day was when it went to twelve bucks, you know why? |
| AH: | Yeah [Laughs]. |
| CHS: | Cause' nobody could— |
| AH: | You couldn't-you had no stock to sell. |
| CHS: | --nobody could execute and— |
| AH: | Mhm. |
| CHS: | --and I'm only five-seven and I-I was screaming like I was six-two, you know— |
| AH: | [Laughing]. |
| CHS: | --you know, I-I was an unpleasant— |
| AH: | I rem-I rem— |
| CHS: | --I was a very unpleasant individual on that day, if everybody can remember, uhm so— |
| AH: | --yeah I bet. |
| CHS: | --so uh, I can't uh, I can't get there from here on this one, I-I'm not gonna' be you know, quarter half a million dollar deep and-and we can't execute or-or can't uh— |
| AH: | And we can't execute. |
| CHS: | --our shit together, so uhm— |
| AH: | Yeah. |

UNCLASSIFIED

SC14_15-TRANS-032278

UNCLASSIFIED

File Number: 318C-SD-2080547-INV14
Task Number:
Recording Date:   11/02/2017

CHS:        --alright, so I understand—

AH:         That's another thing too, rather than having-was it all the stock at one brokerage firm? Cause' my suggestion would be-on the three-on the-the two hundred, or a hundred seventy-seven thousand we-we can put at World Wide Financial, and then the other—

VK:         [UI] [OV]—

AH:         --three hundred thousand.

VK:         [UI] do it again.—

AH:         Hello?

CHS:        No, I can hear him go ahead.

VK:         Sorry guys just give me one second [UI].

AH:         And then the other three hundred thousand can be deposited, [UI] I don't know, Wilson Davis, and then the other hundred thousand that they owe us—

VK:         [UI] [OV]—

AH:         --can be dep-deposited at another brokerage firm so we don't have these problems.

CHS:        Okay, I'm with you—

VK:         [UI] [OV]—

CHS:        --I'm with you Andrew on all of the, that—

AH:         Right, 'cause then you know it's-if you have all the-everything at one [UI] then you run into, you run into problems like that and I've had problems like that too and, it's depressing, you feel like shit at the end of the day [UI] to do.

CHS:        Right.

AH:         So.

UNCLASSIFIED

UNCLASSIFIED

File Number: 318C-SD-2080547-INV14
Task Number:
Recording Date:   11/02/2017


End of transcript [00:27:18- 00:28:53]

UNCLASSIFIED

SC14_15-TRANS-032280

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                                          318C-SD-2080547-INV14
Requesting Official(s) and Office(s):                San Diego

Task Number(s) and Date Completed:                   , 8/12/2019

Name and Office of Typist(s):                        SD78082

Name and Office of Reviewer(s):                      SA Laura Wetterer and SA Jeremy R. Tarwater

Source File Information
   Name of Audio File or CD:                         171025_0042.MP3
   *If Applicable*−Date, Time, Duration:             00:00:00 - 00:08:58

VERBATIM TRANSCRIPTION

Participants:

        (VK) Vik Khanna
        (CHS) Confidential Human Source

Abbreviations:   [UI]      Unintelligible
                  [PH]      Phonetic
                  [OV]      Overlapping Conversation

Notations:



GOVERNMENT
EXHIBIT
**2**
18CR3072-DMS

SC14_15-TRANS-032235

UNCLASSIFIED

File Number:        318C-SD-2080547-INV14
Task Number:
Recording Date:    10/25/2017


CHS:            Call with Vik at 2:06 P.M. on October 25th.

[PHONE RINGING]

VK:             Hi, sunshine.

CHS:            Hey, how are ya?

VK:             I'm okay.

CHS:            Okay, HV-what was it? HV—

VK:             Hotel-Victor-Sierra-Tango.

CHS:            Sierra-Tango.

VK:             Now these are the same guys that brought the Yuengling deal for me. With the
                Yuengling deal, they've got 250 they're putting up next week. They've got some-
                you know they're putting into the deal. Blah blah blah. They're gonna get DWAC
                eligible. Its gonna take a month just to kind of—

CHS:            Right. It's kinda it's on the horizon but it's pretty close but we can see it.

VK:             Yea I mean I'm not sure if you still like it. I still like it. I mean they're—

CHS:            Oh yea.

VK:             I think it's just fantastic—

CHS:            Yea.

VK:             --you know, so um [UI] [OV]

CHS:            So what's this thing?

VK:             Number 2, this is one that they have on-onboard. Um there's a little bit of medical
                cannabis on there as well, but you know I don't know. Times are changing,
                especially with-with these deals. So I don't know where the social pay-per-click
                is, but they're making money. They've got three different angles. They've got

1

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/25/2017


|       | mobile, cannabis, and um social media. And the ex-guy who started Activision, that-you know Activision, that gaming company? |
|-------|---|
| CHS:  | Yea. |
| VK:   | He's the one that's behind this deal. |
| CHS:  | Okay so H, Hotel-Victor-Sierra-Tango. |
| VK:   | Yep. There's 200,000 shares at Seton where my [UI] [OV] |
| CHS:  | Oh-oh Seton [OV] was that uh is that offshore place that you know of. |
| VK:   | Yea. That's where Kip is at as well so I can get— |
| CHS:  | Oh-oh. |
| VK:   | --I can get my hands around it. |
| CHS:  | Okay 200,000— |
| VK:   | Then 750 coming in through an S-1. |
| CHS:  | Wha-what'd you say, 50? |
| VK:   | 750. |
| CHS:  | Oh 750. |
| VK:   | 750,000 coming in on an S-1 free trading. |
| CHS:  | Where would that be? |
| VK:   | Well, wherever we tell them to put it. |
| CHS:  | Well will Kip hold it? |
| VK:   | Kip will hold it. I got some other people I'm working on. Bill can through uh, you know, through his offshore stuff now too. |
| CHS:  | Yea but you-you know Kip. |

SC14_15-TRANS-032237

File Number:        318C-SD-2080547-INV14
Task Number:
Recording Date:    10/25/2017

VK:        I don't need to bring everybody in. I just need to bring, you know.

CHS:       Okay so 750 maybe with Kip, maybe not. But, whatever, okay.

VK:        Whatever. We'll figure that out.

CHS:       That's 900,000. That's uh that's 5 million dollars worth of paper. So, they want to run um—

VK:        There's 25, 30,000 in the float. I think he-I think I bought 15,000 the other day. You know, I'm selling a little bit. I'm just trying to make a make a – you know - I'm buying, I'm selling-I'm just-there's 25, 30,000 floating out there.

CHS:       Okay, so what do they want to do?

VK:        Well I told'em, if they want to work on this as quickly as possible, then, you know, wait for the the Yuengling deal. I said to them, I haven't gone to, percentages yet, I go, I gotta send it to my guy and see whether it works because of this weed aspect to it. Um but I have other people I can talk to. So, that's where I left it.

CHS:       So, okay I will send it to him. I will have him do a write-up. I will get him to-see if he can get an ads approved and that'll take a week, ten days?

VK:        Okay.

CHS:       And if he can get ads approved, then it's, you know.

VK:        It's 60/40 our way. That's just the way it is.

CHS:       Ah 60/40. Do we put up the money to run the uh--

VK:        Yea I didn't I didn't tell him after cost or anything. I usually do, but I forgot. I just said 60/40 our side, so I think cost comes from our side.

CHS:       Okay.

VK:        I can try. I can go after cost. That's just whatever.

SC14_15-TRANS-032238

UNCLASSIFIED

File Number:     318C-SD-2080547-INV14
Task Number:
Recording Date:   10/25/2017

CHS:        No, so-so if you can get ahold of-so if it's 60/40 no matter what, then you need to get ahold of the DTC and the shareholder list so you can see, you know, you can prove out the float—

VK:         Yea [UI] [OV]

CHS:        --you know what I mean?

VK:         That that laundry list is always there. I just need to know that the first thing we get-if we pass-if we pass the smell test then I think everybody [UI 4:13] getting their stuff done—

CHS:        Well—

VK:         --otherwise, you know—

CHS:        --well you were saying you were saying it's pretty, pretty thin, right?

VK:         Yea, I mean it's-[CHUCKLES] there's nothing out there.

CHS:        Alright, let me see the historical. I'm just looking at something here. Yea it doesn't trade. There's no-no volume and it's big numbers. I mean it went from $4 to $8—

VK:         Yea—

CHS:        --on 50,000 shares.

VK:         --I think we can knock it down a little bit and start from 3 or 2 if we need to, but I don't um-I haven't made a phone call yet, but I know one of my guys, LD I talked to him. Well I sent him a message saying that I might have a deal. I know phone room guys that will love this thing, eat it up so.

CHS:        Okay so-so, set that aside. So-so are these US guys or are they Canadian guys?

VK:         These are all US guys and—

CHS:        So these are US guys that have [OV]—

4

UNCLASSIFIED

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/25/2017


VK:         And one and one [OV] and one Canadian. The guys that running-running this deal
            is out Toronto and [UI] and the Andrew Hackett guy.

CHS:        Oh this Hackett guy.

VK:         Yea.

CHS:        So one of the guys is Hackett and the rest of 'em are US guys.

VK:         The rest of them are I don't know, are behind Hackett. But him and Ki-and Kip
            are very tight. Kip's tight with Hackett. And uh, you know they know how to get-
            they know how to keep Hackett on [UI] [OV]

CHS:        Well it-it-it doesn't really matter if Kip's got the paper.

VK:         Yea so I told Kip, I go I don't care, I want you to get the paper anyway. So if
            there's a- you now I'm pretty sure-and, you know, Seton's pretty good with
            distributions and working with, you know, a document, you know.

CHS:        Will-will Kip only use Seton if he get-so he's got the 200—

VK:         No I got-I got him-he's also got an account at Wilson Davis. He's got an account
            at a few other places which I'm gonna try to utilize, but the offshores, you know I
            mean there's just – just - you can just deposit anything there.

CHS:        Okay so Seton is strong. It's easy to go to.

VK:         Well they'll respect you if they know who you are because Kip's made some
            money for the boys at Seton so they all you know kind of—

CHS:        Well try and get this-so just say yes and go and try and get this deal.

VK:         Okay.

CHS:        And I'm gonna go and - and work the other side right now and I'll just tell him he
            has to do it.

VK:         Okay I will go and find that out and I'll tell him we need about a week to 10 days
            to see whether our ads even get past muster and we're gonna spend money on our
            end. Um—

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/25/2017


CHS:        I'm pretty sure that we'll be fine.

VK:         Okay, I'm just wondering if I should ask for costs or not [CHUCKLES].

CHS:        That's up to you.

VK:         If I ask for costs, what can my budget cost-what can they budget cost it—

CHS:        It doesn't matter. Whatever number it is, it just offsets our cost. We are going to
            spend 100 to 100 and a half a month.

[COUGHS]

CHS:        So whatever you get, you get. You know-you know what I'm saying?

VK:         Yea.

CHS:        I mean if they go, ah okay well 50, or okay well 70, or okay well 100, whatever. It
            just offsets.

VK:         Okay so I'll just leave it 60/40, we take care of the costs and then we can just—

CHS:        Well you're telling me that there's at least a million shares, 200 plus 750.

VK:         Yea.

CHS:        And with no cost on their side. In other words, I don't care what they paid for
            their pip-their paper.

VK:         Well I'll get the costs. Fuck it. I'll figure it out.

CHS:        What I'm saying is if they're not having to recognize the cost of the marketing, I
            don't give a shit what they paid for the paper. It's a million share—

VK:         Yea.

CHS:        --it's a million shares and whatever they sell for, they sell for.

SC14_15-TRANS-032241

UNCLASSIFIED

File Number:        318C-SD-2080547-INV14
Task Number:
Recording Date:   10/25/2017


VK:       The point I'm-the point I'm-I'm just trying to tell him I just-if they come back to me and say how much you thinking are we are going to spend. I'm gonna say, you know 150 to 200 a month. That's what I'm going to say to them.

CHS:      Yea.

VK:       So you know—

CHS:      If that-if that offsets what they paid for the paper then, do you see what I'm saying?

VK:       Yea.

CHS:      Okay and where-are you tal-you're just talking to Kip. You're not talking to Hackett?

VK:       I'm talking to Kip and Andrew, both. Kip always put him on spea-on-on conference call with me.

End of transcript [00:00:00 - 00:07:59]

UNCLASSIFIED

SC14_15-TRANS-032242

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                            318C-SD-2080547-INV14
Requesting Official(s) and Office(s):   San Diego

Task Number(s) and Date Completed:      , 8/12/2019

Name and Office of Typist(s):           SD78082

Name and Office of Reviewer(s):         SA Laura Wetterer and SA Jeremy R. Tarwater

Source File Information
  Name of Audio File or CD:             171031_0062.MP3
  *If Applicable*−Date, Time, Duration:   00:00:25 - 00:09:10

### VERBATIM TRANSCRIPTION

<u>Participants</u>:

            (VK) Vikram Khanna
            (CHS) Confidential Human Source

<u>Abbreviations</u>:   [UI]    Unintelligible
                 [PH]    Phonetic
                 [OV]    Overlapping Conversation

<u>Notations</u>:



GOVERNMENT
EXHIBIT
**3**
18CR3072-DMS

1

UNCLASSIFIED

SC14_15-TRANS-032252

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


VK:        Hi, bro

CHS:       Hi I was just pushing the button and you disappeared there, sorry.

VK:        Copy. I just figured you were busy.

CHS:       No, I think I got 3 Protons—

VK:        Yea

CHS:       --altogether. Uh one is um-now let me pull it all back up. What is—

VK:        One-one is the shareholders list.

CHS:       'Kay one is the shareholders list, good.

VK:        The other one is the 300,000 shares that uh Kevin Gillespie, who's the owner -
           he's got 300,000 shares that he believes that can come free under this opinion
           with these lawyers, which they've already ag- said that they could get—

CHS:       So—

VK:        …an opinion on..

CHS:       --so this uh-I guess he's the CEO or something. Whatever he is, right? Um—

VK:        Yea.

CHS:       He's kinda got these 300 to work with and he'll give 'em to somebody to help out
           the company like uh for prom- [OV]

VK:        [UI] [OV]

CHS:       Huh?

VK:        They're gonna be coming our way.

CHS:       Okay so he's he kn- he's –he knows what's going on. He- he's got this, he's got
           control of these 300 or and he is gonna assign them to somebody.

VK:        Correct and the 200, or close to 200 is already in Kip's account right now.

2

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

CHS:        Okay and were those 200 kinda generated the same way? He had these somehow
            and uh he pushed them—

VK:         Yea uh-yea very similar. They got-they gave Andrew 300. Um Andrew said he's
            been, you know, in and out of almost 15,000 shares or so and whatever he's got
            he's sending over to Kip. I'm getting confirmation on Kip. The only thing Kip has
            to do is he wants to give Andrew trading authority because Kip's gonna be, you
            know, in and around. So Andrew's always around.

CHS:        Okay.

VK:         So Jay just needs to know that he can transact on those shares.

CHS:        And Jay is the guy at uh Seton—

VK:         At Se-at Seton.

CHS:        And does he ever travel? Uh –d is he an owner or anything. Does he ever travel
            here?

VK:         No, but I'm thinking of going over there.

CHS:        Yea, that's why I ask.

VK:         So because um A, number 1, he doesn't take any fucking- you know, he says I
            don't need paperwork [CHUCKLES].

CHS:        Ah.

VK:         Which is great but his-his-his 10% or whatever he charges is just enormous so I
            might- I might need to take a trip once I'm a little better to go over there and do a
            little wining and dining for a couple days and just get our rates down.

CHS:        Where's he located?

VK:         Seton, I think it's in the Bahamas.

CHS:        Oh okay so he's a Bahamas guy. I- I don't remember I—

VK:         Maybe you and I just-you know do a little puddle jump over there.

3

SC14_15-TRANS-032254

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

CHS:     Yea exactly. No, it sounds like he's one of the few games left in town, right?

VK:      Yea. I mean, I'm thinking if I can get him down to six points, just you know depending on pricing of our-of our, you know, of our-of our deals and our deals are usually pretty high anyways so.

CHS:     Right.

VK:      And you know a-and you know, I know if I write [UI] and we still had what's his name onboard, he'd buy those 519,000 notes in a fucking second.

CHS:     Yea.

VK:      I-I take care of that fucker.

CHS:     Yea I know. We got, I-it's the potholes in the road still. I get it.

VK:      Yea—

CHS:     Um, okay—

VK:      But you know the thing is, it's just that people in our game that understand that and can write that check really easily, makes our lives so much more simpler. You know?

CHS:     Yea. L-let me let me ask you a question. So this Kevin Gillespie uh he met up with this uh Budhu Annett. Is that her name, Annett Budhu?

VK:      Annett-Annetta Budhu.

CHS:     Is she Indian or is she—

VK:      She is one of those kinda funny Indians. Like she a Fijian Indonesian kind of transplant who's a lesbian and lives in New York and owns a gay bar.

CHS:     Other than that she does shells and uh—

VK:      She's done shells. She was my original-original go to person for shells.

CHS:     Mkay. So she's been at it for a long time.

4

UNCLASSIFIED

File Number:     318C-SD-2080547-INV14
Task Number:
Recording Date:  10/31/2017

VK:     Yea now, she's been at it for a long-long time and she's kept herself safe and secure. You look her up, no problems and it's-it's beautiful.

CHS:     Okay.

VK:     She's got a nice place down in-in New York. She's got a little brownstone.

CHS:     Okay, nice. Okay, um she kinda calls the shots here. She-she's hooked in—

VK:     Well I think she's-I rather-instead of me talking directly to the company, I rather talk to her because she's safe and she's got her Protons and she's got her this and she's got her that and you know-I'm not in the mood to sit there and start-I mean I will, but I'm not in the mood to directly start interfacing with the company at this point, you know?

CHS:     No but it seems like this Kevin and her uh—

VK:     Yea, totally. It's her shell, it's her SPA, it's her it's her deal. In the sense that, you know, she's gonna see it all the way till the end. She's championing it. She loves the product.

CHS:     Yea she kinda controls-like this 300,000 share paper the 200-she kinda control-controls—

VK:     Yea

CHS:     --that with the- the Kevin guy.

VK:     Yea.

CHS:     Mkay. Alright well that was good to put her on because it kinda now we're pe-peeling the onion, you know. First there's Kip. And then there's Kip and this Hackett guy.

VK:     Yea, Kip is just my placeholder, you know what I mean. He just brought the deal to me and he's got his own position, which is fine.

CHS:     And then- and then this Hackett guy. She got him involved? Is that ki-?

5

SC14_15-TRANS-032256

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


VK:      You know I haven't dug in yet. Um Hackett's gonna call me back. But uh, and-
         and – and Budhu's calling me, she's already called me eight times making sure I
         got all the emails and she's now having Gillespie write for you and me to our
         benefit a summary up to date what's going on with the company.

CHS:     Okay.

VK:      We'll have that soon. Um there's a bunch of press they're not putting out until
         they figure out what they're doing with their deal, like in as far a promotion goes.

CHS:     Right—

VK:      Uh.

CHS:     --so she's told hi-uh Kevin to, hey hold that news or Hackett has or whoever.

VK:      Yea. Everything's on hold.

CHS:     Okay. Alright.

VK:      Um and Annetta I believe is calling the shots.

CHS:     Okay.

VK:      For the most part.

CHS:     Alright.

VK:      Or-or she has enough of the owner's ear to be-to listen.

CHS:     Okay I-I think the last piece or one of the pieces that you and I need to understand
         is how many cooks are in the kitchen here? There-there's Kevin, okay I got him
         he's the CEO. He's got all this-he-he's in the game, let's just say it that way. He's
         in the game. Uh there's a Budhu. Sounds like she's next level down and she had
         the shell and she kinda has his ear and she kinda poi-uh-directs traffic. Then uh-
         Ha-is-okay is Hackett's fingers in the pie? Is there somebody else? These Italian
         guys you were talking about? And then Kip and then us, is that-is that sorta where
         it's at?


6

UNCLASSIFIED

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

VK:      Yea um I don't know about the Italian guys but I know Hackett's in there. He's the one that's bringing you know the marketing promotion blah-blah-blah to the team, right?

CHS:     Okay. Um and that's all been taken care of in that 40 points.

CHS:     Okay so there's just-I'm just trying to figure out if there's other people's fingers in the pie here that—

VK:      Nope.

CHS:     --that- that we—

VK:      Nope.

CHS:     --don't see and—

VK:      I think Annetta's gonna take her-her juice out of her restricted stock in her position and uh you know, whatever Hackett does with the company, he does.

CHS:     Yea well okay. Alright.

VK:      Well these guys that are dual listing, they're already kinda making-you know, on the AIM and try in London. And they're got a, you know, four to five million letter financing that's circled. They've got, you know, name change being done, all that. So I think the company is gonna be healthy with respect to-they're not gonna be like, you know, looking at selling stock 'cause you know-it's gonna be like another similar to QBIO, where they'll -they're getting their financing at other places.

CHS:     Right, but the of-I'm just trying to figure out who the Ollie is and the-and you know as Ollie is to QBIO, who is to—

VK:      I think our Ollie is gonna be Annetta slash Andrew, but my protection is Kip.

CHS:     Yea 'cause he holds all the-he's holding the paper.

VK:      He holds all the paper.

CHS:     Okay. Okay. Sorry I'm just trying to wrap my head around it.

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

VK:        No-no-no-no those are great questions. I mean, I'm telling you, that's how I that's
           how I kinda manufacture. That's why I bring in Kip and Kip will fuckin' you
           know I mean [CHUCKLES] Ki-if it can't be, you know, if me-if-if I was hanging
           on-on with one arm on a mountain and so was Andrew, and he had to save one of
           them, he'd save me [CHUCKLES]

CHS:       [CHUCKLES] Sorry Andrew. Okay.

VK:        [CHUCKLES] So.

CHS:       Okay the wife is all over me. I gotta do a-a call with her. Um.

VK:        Okay.

CHS:       So I got it-I got these emails. I'm gonna digest them now, okay? And then—

VK:        Okay and then I'm waiting for Ki-Andrew to come back with some positive news
           and I was hoping the California guy will take it. If not, I'm kind of slowly talking
           to Bill. Maybe we can do something with, what's-his-name and take care of them

CHS:       Okay, also see if Ha-Hackett wants to do a call so we can understand uh, you
           know, who's in the game and who's-who, who's-what.

CK:        Okay well, Joe, Vikram and Hackett are gonna do a phone call.

CHS:       Yea I'll be Joe again. Okay.

VK:        Okay. Bye.

CHS:       Alright. Ill check in a bit. Thank you

VK:        'Kay, bye

CHS:       Bye-bye. That was a call with Vik Khan at 12:10 on October 31st.


End of transcript [00:00:25 - 00:09:10]

SC14_15-TRANS-032259

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                                     318C-SD-2080547-INV14
Requesting Official(s) and Office(s):            San Diego

Task Number(s) and Date Completed:               , 8/12/2019

Name and Office of Typist(s):                    SD78082

Name and Office of Reviewer(s):                  SA Laura Wetterer and SA Jeremy R. Tarwater

Source File Information
  Name of Audio File or CD:                      171106_0087.MP3
  *If Applicable*−Date, Time, Duration:          00:15:22 - 00:17:08

VERBATIM TRANSCRIPTION

Participants:

        (VK) Vikram Khanna
        (KG) Kevin Gillespie
        (AB) Annetta Budhu
        (CHS) Confidential Human Source

Abbreviations:     [UI]     Unintelligible
                   [PH]     Phonetic
                   [OV]     Overlapping Conversation

Notations:



GOVERNMENT
EXHIBIT

**4**

18CR3072-DMS

SC14_15-TRANS-032283

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   11/06/2017

CHS:      I'll tell you w-why this is an important point for us. Um, I-I'd just like everybody
          to understand that way I don't end up going crazy and-and uh losing my cool
          when uh we all stand around and look at each other and go, oh you never said that
          to me. [CHUCKLES] So-uh-sorry I-I just want to put it out there. S-we've got
          166,000 shares. We'll give you the $100,000 dollars, that's 300,000 more shares.
          That's 466,000. The way uh-well let me just-the one I think Annetta is familiar
          with, QBIO. Uh the-when we did that one—

AB:       Yea, yea.

CHS:      We were through that many shares at-at similar price points in about 5 and a half
          weeks, 6 weeks. So, I-I apologize again for-for being so pointed with this stuff but
          to run out of shares is a death blow. QBIO, the day that these-these guys ran out
          of shares, it went from $6 or $7 to $12. And then after that, was a kinda—

KG:       Wow.

CHS:      --was kind of a dog's lunch because then every shorting house out there uh, you
          know, saw weak –

AB:       Came back, yea.

CHS:      --saw weakness and then-and then they attacked it.

VK:       Well yea and-and then it just you see it was [UI] on everybody radar screen. You
          know, every uh all the [UI] dogs were li-they were they were—

CHS:      Yea-yea-yea

VK:       --they were li-licking their chops.

CHS:      The alphabet crew, probably everybody.

KG:       Yea, right.

CHS:      It's just-y-you understand what I'm saying, Kevin, we can't um-these are
          import—

2

ENTER CLASSIFICATION

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   11/06/2017


KG:          Yea, no. I'm aware. Listen, I've-I've been in finance, you know uh, going on 30
             years. I know exactly what you're talking about.

CHS:         Okay.


End of transcript [00:15:22 - 00:17:08]

ENTER CLASSIFICATION

SC14_15-TRANS-032285

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                                          318C-SD-2080547-INV14
Requesting Official(s) and Office(s):    San Diego

Task Number(s) and Date Completed:    , 8/7/2019

Name and Office of Typist(s):               SD78082

Name and Office of Reviewer(s):           SA Laura Wetterer and SA Jeremy R. Tarwater

Source File Information
  Name of Audio File or CD:            171219_0209.MP3
  *If Applicable*−Date, Time, Duration:    00:04:22- 00:06:11

VERBATIM TRANSCRIPTION

<u>Participants</u>:

      (AH) Andrew Hackett
      (CHS) Confidential Human Source

<u>Abbreviations</u>:    [UI]        Unintelligible
                    [PH]       Phonetic
                    [OV]       Overlapping Conversation

<u>Notations</u>:



GOVERNMENT
EXHIBIT
**5**
18CR3072-DMS

UNCLASSIFIED

SC14_15-TRANS-032286

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   12/19/2017

| | |
|---|---|
| CHS: | You know, I figured that was my biggest gun, right. I-I get my-my guy that uh call with an account like that, I mean he-he's got his own guy on speed dial with E*Trade. He doesn't have to go to through— |
| AH: | Wow-wow— |
| CHS: | --the 800 number. And I told him- |
| AH: | Wow. |
| CHS: | -I told him, you –you know, uh no you're gonna- unfortunately you're gonna have to call me each time you want to place a trade in this piece of shit. |
| AH: | Wow. |
| CHS: | [CHUCKLES] sorry. |
| AH: | Jeez. |
| CHS: | So that might change. I'm only giving you what I know. Okay? |
| AH: | Yea. |
| CHS: | And so my advice to you because I knew that and you didn't, was you need to ramp Liana up and get yourself cleaned [OV]. |
| AH: | Get out of it. |
| CHS: | Yea. I think so. |
| AH: | Yep. What I think I might do is in two more months I think my-my stock becomes free trading. Yea, I'll just do uh-uh massive email ca-campaign if I can in 1 or 2 days and then be done with it. |
| CHS: | Do you have uh connections to get the email stuff done? |
| AH: | Yea, yep. |
| CHS: | Okay, I used to use uh John and Lori. Uh— |

1

UNCLASSIFIED

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:    12/19/2017


AH:        Yea, I can't stand them but um—

CHS:       Nobody—

AH:        I can go—

CHS:       --nobody can stand them

AH:        [CHUCKLES] I just go-I know- all those guys are like- they're all my age so I kinda grew up around with them so—

CHS:       Okay so you can go to the Wolf and—

AH:        Yea.

CHS:       --you can go to the guys that are producing, yea?

AH:        Yea, yea.

CHS:       Okay so you go that handled, good.

AH:        Yea.

CHS:       Ah uh then when I need that, I'm gonna come through you.

AH:        Yep.

CHS:       Uh because I don't know anybody anymore. Believe it or not, uh uh yea I don't know if you knew this but I used to run a lot of money-uh a lot of campaigns and—

AH:        Oh wow.

CHS:       --but I-I only used John and Lori. But it-

AH:        [COUGHS TWICE]

CHS:       --I mean we were doing a million dollars a month.

UNCLASSIFIED

SC14_15-TRANS-032288

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   12/19/2017


AH:        Yea no that's like for the longest time- I'm actually most of this year I made most
           of my money on email campaigns, they were working really well for me. I made-I
           was probably doing 4-400 to a million a month as well.

CHS:       Yea. So, I mean it still works it's just I don't have the connects anymore—

AH:        Yea.

CHS:       --so my plan was if I need that, I'm gonna come to you for that as well please—

AH:        Yea no problem.

CHS:       Okay, thanks.


End of transcript block [00:04:22- 00:06:11]

UNCLASSIFIED

SC14_15-TRANS-032289

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



10385 Vista Sorrento Parkway
San Diego, California 92121

File Number:                     318C-SD-2080547-INV14
Requesting Official(s) and Office(s):     San Diego

Task Number(s) and Date Completed:   , 8/6/2019

Name and Office of Typist(s):         SD78082

Name and Office of Reviewer(s):      SA Laura Wetterer and SA Jeremy R. Tarwater

Source File Information
  Name of Audio File or CD:         171031_0065.MP3
  *If Applicable*−Date, Time, Duration:   10/31/2017, 00:01:36- 00:09:03

### VERBATIM TRANSCRIPTION

Participants:

        (VK) Vikram Khana
        (AB) Annetta Budhu
        (CHS) Confidential Human Source

Abbreviations:    [UI]     Unintelligible
               [PH]     Phonetic
               [OV]    Overlapping Conversation

Notations:



GOVERNMENT
EXHIBIT

6

18CR3072-DMS

UNCLASSIFIED

SC14_15-TRANS-032262

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017

VK:        So I got off the phone with Annetta regarding Hackett. Let me tell you all the whole story. Gimme one second, let me move this back.

CHS:       Yes please…Kip-Kip Sidhu.

VK:        Kip.

CHS:       Kip Sidhu.

VK:        Um, so Andrew had this Zika deal.

CHS:       Okay [CHUCKLES]

VK:        Way back, I heard about it. Um it was with Ollie, they had a whole thing. And Annetta got them the shell for that deal.

CHS:       Mm.

VK:        So she knew Andrew through that. Plus, she knew Andrew for some time in Toronto and she does deals all over Canada, Toronto and Vancouver, of course.

CHS:       So Andrew and uh Ollie are-are tight, is that what you're inferring?

VK:        No-no they are no longer tight because... well—

CHS:       The deal blew up.

VK:        The Zika deal is fine. They are no longer tight because of VTNL and something else.

CHS:       Yeah okay. Alright.

VK:        So, whatever.

CHS:       Okay.

VK:        Anyway, Andrew said, let's do some deals together and Annetta said well I got this deal I'm working on and I love it a lot blah-blah-blah, which is this present deal. And Andrew put in 300 grand. He gave her 300 grand. That is going to turn into 750,000 shares once the S-1 drops.

1

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


CHS:      I, I get'cha.

VK:       Kay? Um the other 300,000 shares she is willing to give to me once we get going um as long as the company, Kevin, gets you know the 50 to $100,000 for those shares so he can take care of- get 50,000, 25 or 50,000 to the noteholder guys guys and keep them kinda going, you know? Um but she goes, we're happy, I'm happy to give you those 300,000 shares but I mean it's-I go-I go, Annetta 200,000 shares- I mean I-I-I need uh- I need my lid, you know, [CHUCKLES] because this thing is gonna be like…you breathe on it and its already going—you know 'cause they had it up to 9 bucks at one point you know and that's when the shorts came in.

CHS:      Mhm.

VK:       Nothing there. Somebody put a press release out way back and it was just like, we don't want that, you know. But um now all the pieces of the puzzle are in the deal now and things are happening, now they want it to move properly, but um anyway we can-those 300,000 extra shares are ours.

CHS:      Okay and like the CEO knows about them. He knows they're being used for promotion and he gets a kickback 100 grand somehow and—

VK:       Yea, take care-he goes, you guys take care- let's just figure out how we can take care of these EMA guys and then we're golden-you know it's like his—

CHS:      Okay. So everybody's in the canoe.

VK:       Yea.

CHS:      Um, was Hackett involved in QBIO?

VK:       Um, no. Just as an investor. He had some um-he had some shares—

CHS:      So he's-so he has-I only ask 'cause, you know does he value the program or not? Does he already know about it? Does he already—

VK:       He [UI] the program. He knows the QBIO program very very well.

CHS:      Okay so he's chomping at the bit here?

2

SC14_15-TRANS-032264

UNCLASSIFIED

File Number:       318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


VK:       They-he's chomping at the bit and not even that, I can - I mean this whole thing
          started with that whole ice cream deal, which is happening in the background
          don't forget.

CHS:      Yea the Yuengling, yea.

VK:       Yea the Yuengling.

CHS:      Yea, Yuengling, yea.

VK:       Yea.

CHS:      And-and that's Hackett's deal as well.

VK:       That's Hackett's deal.

CHS:      And did he get the shell from Ane-Annetta or—

VK:       Not that one.  That- I think that shell was already spoken for it's S-B-N-A, or
          what was it? S-S-N-H-R.

CHS:      Okay, he got that from somebody else.

VK:       Yea.

CHS:      Mkay. She's not- she's not involved in that deal. Okay, interesting. Alright. So-so
          that's probably why Hackett kinda knows everything about you uh because of
          QB, 'cause how it went and—

VK:       Yea.

CHS:      Presumably then probably thinks he knows about me or—

VK:       N- Yea.

CHS:      Does he know who I am or no?

VK:       I don't think so. I think he knows that there's a Michael out there, but I don't
          know whether it's connected. That's why you know, to me you're just Joe.


3

UNCLASSIFIED

UNCLASSIFIED

File Number:        318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


CHS:        yea-yea-yea no-no-no I-I am happy to be Joe [CHUCKLES]

VK:         Yea, I like it too. You know J—

CHS:        I'm just [OV]

VK:         [UI] [OV]

CHS:        I'm trying to-you know do we have to explain what needs to be to done or is he
            like super fluent—

VK:         no—

CHS:        or—

VK:         --completely fluent.

CHS:        He watched QB, he knows Ollie, he knows the drill, blah-blah-blah.

VK:         blah-blah-blah-blah.

CHS:        Okay, now. All roads are leading to home. Okay um that's how he got in the deal.
            He had the Zika deal, he was talking to her, she had this deal, he said let me get a
            piece of it, he put in 300, now they're married.

VK:         Exactly.

CHS:        Okay. Alright. That makes-and there's nobody else?

VK:         Nobody else.

CHS:        And it was Andrew's 300 or was he fronting for something else?

VK:         I think it was his.

CHS:        Okay.

VK:         Him and his partner's, whoever his partner is, um.

CHS:        This is that Italian thing—

4

UNCLASSIFIED

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


VK:       That Italian guy.

CHS:      Okay.

VK:       He likes to stay in the background quite a bit.

CHS:      Okay

VK:       But Andrew has quite a few of these high net worth individual guys that he runs
          with a lot. It's kinda like uh Billy's brother.

CHS:      Oh okay.

VK:       Uh from Vancou [OV]—

CHS:      Frank, yea [OV]

VK:       Frank Anderson who just like, you know, he stays in million dollar homes
          because, you know, his friends own it, you know [CHUCKLES]

CHS:      Right, exactly.

VK:       [UI] hiring some other person so.

CHS:      Right, I hear ya. Okay. What else is uh what else is news?

VK:       That's about it um.

CHS:      Well that's all good stuff. So let me um… okay I'm comfortable with that now.

VK:       So we got 300 on the side going to us. 200 or 169 is already at Kip's. 750 coming
          on the S-1 and whatever else we can come up with, with respect to if we take over
          the notes or whatever, that's all ours.

CHS:      Okay well the DTC sheets are going to show us a lot too.

VK:       Tomorrow. I'll have them tomorrow. I'm gonna probably getting into the hospital
          tomorrow afternoon, late afternoon so I'll be around tomorrow morning to
          forward—

5

SC14_15-TRANS-032267

File Number:      318C-SD-2080547-INV14
Task Number:
Recording Date:   10/31/2017


CHS:      and then—

VK:       --to you and

CHS:      and who will I, d-I mean I can't suggest that between now and Friday you're
          gonna be okay to-to talk.

VK:       Well I mean, I should be okay. I mean I- from uh you know, I'm healthy right
          now so the doctor said to me that my chemo is not going to affect me like the way
          it did before.

CHS:      Okay. That's—

VK:       [UI] chemo like we did before.

CHS:      Okay. Well if we need to then we'll insert me uh if we don't have to then that's
          great. So we'll—

VK:       Yea, I mean I can insert you at any time. I mean I have no problem with that I'm
          just trying to keep everybody—

CHS:      I'm-I'm just trying to keep the ball rolling.

VK:       Yea, I'm just trying to keep everybody, you know, at bay where it's like a lot of
          the cro-a lot of the lines don't cross so if things get stopped, if anybody ever
          looks, you know, so.

CHS:      Did you look at the shareholder list by any chance?

VK:       Yea I didn't see any surprises.


End of transcript block [00:01:36- 00:09:03]

SC14_15-TRANS-032268

19493860559@s.whatsapp.net

Chzp

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 18:11(UTC+0) | 1/4/2017 18:18(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 18:11(UTC+0)

14167292071@s.whatsapp.net Andrew

Yes I know I had to pay for tlnuf shares it cost me 30k. I have more funds coming in I am clearing 40k qbio the stock is at 10.00 I'll have more funds hit

**Status:** Read
**Platform:** Mobile

1/4/2017 18:19(UTC+0)

19493860559@s.whatsapp.net

Hey

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 19:13(UTC+0) | 1/4/2017 19:15(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 19:13(UTC+0)

19493860559@s.whatsapp.net

Price

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 14167292071 @s.whatsapp. net Andrew | 1/4/2017 19:13(UTC+0) | 1/4/2017 19:15(UTC+0) | |

**Status:** Sent
**Platform:** Mobile

1/4/2017 19:13(UTC+0)

14167292071@s.whatsapp.net Andrew

4

**Status:** Read
**Platform:** Mobile

1/4/2017 19:15(UTC+0)



GOVERNMENT EXHIBIT

**7**

18CR3072-DMS

SC14_15-REPORTS-038732



**U.S. Department of Justice**

**Robert S. Brewer, Jr.**
*United States Attorney*
*Southern District of California*

Aaron P. Arnzen                    *(619) 546-8384*
*Assistant U.S. Attorney*    aaron.arnzen@usdoj.gov

*San Diego County Office*                    *Imperial County Office*
*Federal Office Building*                        *516 Industry Way*
*880 Front Street, Room 6293*                *Suite C*
*San Diego, California 92101-8893*        *Imperial, California*
*92251-7501*

August 30, 2019

*Via email delivery*

Marc S. Nurik
Law Office of Marc S. Nurik
15551 Manning Avenue, #302
Los Angeles, CA 90024
marc@nuriklaw.com

Joshua J. Jones
Michelle C. Angeles
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
joshua_jones@fd.org
michelle_angeles@fd.org

     *In re:*  <u>United States v. Hackett, et al.</u>, 18CR3072-BTM

Dear Counsel:

     I am writing to provide notice of expert witnesses in the case against your clients, Andrew Hackett and Annetta Budhu ("Defendants"). The United States reserves the right to inform you of additional information in the future.

     Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), I write to provide a written summary of the expert testimony that the United States intends to use pursuant to Federal Rules of Evidence 702, 703, and 705 during the jury trial in the above-referenced criminal matter.   The United States reserves the right to offer additional testimony by this expert, or other expert witnesses, pursuant to Federal Rules of Evidence 701-705, and for these experts to amend or adjust their opinions and testimony and bases therefor, based on information perceived by or made known to the expert before or during trial.

PENGAD 800-631-6989

**GOVERNMENT**
**EXHIBIT**

**8**

**18CR3072-DMS**

*In re: United States v. Hackett, Budhu*
18CR3072-BTM
Page 2

### 1. Thomas Carocci

The United States intends to call Thomas I. Carocci as an expert witness.   Mr. Carocci is Assistant General Counsel of the Criminal Prosecution Assistance Group ("CPAG") at FINRA.   Prior to joining CPAG in 2008, Mr. Carocci worked for approximately one year as a Special Investigator at the Member Regulation Department at the National Association of Securities Dealers ("NASD"), which was FINRA's predecessor. In that role, he conducted routine and special cause examinations of FINRA member firms, and investigated brokerage firm's books and records, operations, and sales practices to determine if they were in compliance with FINRA rules, SEC regulations and U.S. securities laws. He has also served in other roles at NASD, including Counsel in CPAG, Investigator in the Examinations and Investigations group, and Senior Analyst in Public Offering Review. As set forth in the attached C.V., Mr. Carocci has also worked as Vice President, Compliance Regulatory Affairs at Goldman Sachs & Co., and Vice President, In-House Counsel at Bowes Funds LLC. In addition, Mr. Carocci has provided training to federal and state law enforcement agencies regarding securities markets, fraud schemes, and investigative techniques. We will send under separate cover copies of transcripts of testimony previously provided by Mr. Carocci in securities fraud matters.

Among other things, Mr. Carocci is expected to provide at trial background testimony concerning the nature, structure, and regulation of the securities markets, and the roles of FINRA and the Securities and Exchange Commission ("SEC") in such regulation.   Mr. Carocci is expected to testify regarding the following topics: (a) background information about the nature, structure, and regulation of the securities markets; (b) the SEC's and FINRA's roles in regulating the trading of stocks of publically-traded companies; (c) general securities industry terms; (d) disclosure requirements of publicly-traded companies registered with the Securities and Exchange Commission ("SEC"); (e) documents required to be filed with the SEC to comply with such disclosure requirements; (f) the general characteristics of acquiring and merging a public shell with a private company; and (g) types of manipulative trading, including match trades, wash trades, and marking the close.

He will also define various terms for the jury, including but not limited to, OTC Markets, reverse merger, shell company, promissory note, restricted shares, free-trading shares, affiliate, opinion letter, transfer agent, "pink sheets" and "Bluesheets."   Mr. Carocci may define other similar terms, including terms that arise during the course of the trial and on cross-examination.

For example, we expect that Mr. Carocci will testify, in sum and substance, as follows:

- Stock is a type of investment signifying ownership in a corporation, and represents a claim on the corporation's assets and earnings. Stock is measured in shares, which investors can buy and sell.

- The United States Securities and Exchange Commission ("SEC") is an independent agency of the United States government responsible for enforcing the federal securities laws, which are designed to provide the investing public with full disclosure of all material facts regarding matters involving the offer, purchase, and sale of securities, among other things. These laws protect the investing public by maintaining fair and honest securities markets and eliminating manipulative practices that tend to distort the

*In re: United States v. Hackett, Budhu*
18CR3072-BTM
Page 3

price of stock.

- The Financial Industry Regulatory Authority or "FINRA" is the self-regulatory organization for the securities industry, operating under the SEC's authority. FINRA regulates the activities of its members, which include member brokerage firms and registered employees of those firms, and promulgates rules accordingly.
  Among other things, FINRA regulates members' conduct and provides discipline for rule violations. FINRA issues professional licenses and conducts related examinations. In addition, FINRA conducts surveillance across different securities and product platforms, including equities (stock) markets. FINRA conducts such surveillance not only with respect to its members, but also non-members, pursuant to agreements that it has with various exchanges, entities, and markets, such as OTC Markets, NASDAQ and the New York Stock Exchange ("NYSE"). FINRA often makes referrals to the SEC.

- A "stock market" is where shares of a company are traded. There are two types of stock markets: exchanges and over the counter. "Exchanges" are centralized marketplaces where stock is traded, such as the New York Stock Exchange or the NASDAQ. "Over the Counter" ("OTC") markets are electronic quotation systems that show only stock quotes, volume and last sale price.

- The over-the-counter or "OTC Markets" is an inter-dealer quotation and trading system. Although OTC Markets has fewer listing requirements than the NYSE and the NASDAQ, the SEC still regulates the OTC Markets. OTC Markets maintains different tiers for companies with large, midsize, and small capitalizations, and those tiers carry different requirements.   The issuer is placed in one of three tiers within the Pink Sheets market based, in part, on how much information the issuer makes available to the public.

- "Level 2" is a subscription-based service that provides real-time access to the price quotes from market makers registered in every NASDAQ-listed and OTCBB security. The Level 2 window shows the bid prices and sizes on the left side and the ask prices and sizes of the right side.

- A "public company" is a company that has issued stock which is traded on a stock market. Federal law may require public companies to file reports with the SEC. Different stock markets also have different listing requirements, which may also require SEC filings.   A public company has a board of directors and officers.

- A "reverse merger" is a process by which a private company is merged into a public company and continues to trade as that public company.

- Federal law may require public companies to file and/or amend previously filed reports with the SEC, including but not limited to the following:

  o  10-K:   annual report of the company's business and financial condition;

  o  10-Q: quarterly report of the company's financial condition;

*In re: United States v. Hackett, Budhu*
18CR3072-BTM
Page 4

- o   8-K: report for "material" corporate events between reporting periods that shareholders should know about.

- A "shell company" is defined by regulation, specifically Rule 405 of the Rules and Regulations promulgated by the SEC. As set forth therein, a "shell company" is, among other things, a company that has no or nominal operations and minimal assets.

- "Restricted shares" are shares or "securities" of a publicly traded company (known as an "issuer") that are not registered with the SEC and cannot be sold to the public. Rule 144 of the Rules and Regulations promulgated by the SEC, however, permits the sale of restricted securities in certain circumstances.

- "Free-trading" shares are shares that are not restricted and can be sold, or traded, "freely."

- An "affiliate" of the issuer is a person that, directly or indirectly through one or more intermediaries, controls, or is controlled by, or is under common control with, the issuer.

- Legal "opinion letters" generally represent the authority of the issuer to convert restricted shares into freely-traded ones.

- A "transfer agent" is a company assigned by the issuer to maintain records of investors, account balances, and transactions, including, among other things, transactions pursuant to which restricted shares are converted into freely-traded ones. A transfer agent, acting on the direction of the company issuing shares, issues and cancels stock certificates to reflect changes in ownership. Transfer agents conduct an analysis to determine if restrictions on stock certificates can and should be lifted so that the stock can become free-trading.   These analyses are focused on compliance with the SEC's registration requirements, and exceptions to those requirements.

- A "broker" is any person who facilitates stock transactions for the accounts of others. A "brokerage firm" is an entity that brings together buyers and sellers to facilitate a stock transaction. Domestic brokers and brokerage firms generally are required to register with the SEC and FINRA.

- A "market maker" or "dealer" is a brokerage firm that trades in a particular stock, and assumes the risk of holding a certain number of shares of a particular security in order to facilitate the trading of that security.

- "Bluesheet" data is information that FINRA members or other clearing firms provide to FINRA and the SEC concerning securities trading. Specifically, the data includes customer-specific information for a particular stock at a particular time, including customer name, address, account number, identity of the shares bought or sold, the number of shares bought or sold, the price, and the amount of money paid or received, among other things. Firms are required to provide this information to FINRA or the SEC

*In re: United States v. Hackett, Budhu*
18CR3072-BTM
Page 5

upon request.

Mr. Carocci may also define other terms, as those terms are defined in Rule 144 of the Rules and Regulations promulgated by the SEC and Section 13(d) of the Exchange Act of 1934 and the Rules promulgated thereunder.

In addition to, and consistent with defining various terms, including but not limited to the terms identified above, Mr. Carocci may describe the process of merging a public shell with a private company (the "reverse merger" process).   Among other things, he may explain the process of acquiring the shell, cleaning up the shell, dealing with outstanding stock associated with the shell, and merging that shell with a private company.   Mr. Carocci also may explain the process by which debt is converted into free-trading shares pursuant to SEC Rule 144, which would include, among other things, fulfilling requisite holding periods and affiliate status.

Additionally, relying on publicly available information, Mr. Carocci also is expected to summarize the trading prices and volumes of the stocks at issue, including Arias Intel Corp.   He will also summarize the brokerage, "Bluesheet" and transfer agent records that have been produced in discovery to identify trades placed by or on behalf of defendants and their conspirators, and to describe the ownership structure of the companies (who owned how many shares) at different points in time.

Mr. Carocci will also testify about the common aspects of a pump and dump, market manipulation scheme.   These include obtaining blocks of the subject company's stock for low prices; evading the SEC's registration requirements such as to make the stock free-trading (usually when such stock carries a restrictive legend); distributing the stock to various accounts and nominees to improve execution and conceal coordinated trading activity; "pumping" the stock to increase price and volume through press releases (the timing and content of which are often coordinated with efforts to promote the stock), promotions using, *e.g.*, call rooms, email and internet campaigns, and manipulative trading; dumping the shares at prices that are artificially inflated by means of promotions and press releases; and distributing the proceeds.

In connection with his testimony, Mr. Carocci will be preparing a series of summary charts. The government will provide copies of such charts in advance of trial. Please note that, in addition to Mr. Carocci, the government anticipates calling another summary witness to summarize, among other things, telephone, text, bank and brokerage records that have been produced previously.

Mr. Carocci will also testify that it is outside of business norms for public companies to disclose material, non-public information to persons and entities outside the company without a compelling need to do so, and selectively making such disclosures could violate Reg FD, in addition to other securities laws. Moreover, it is often illegal to trade on the basis of such information, or to tip others so that they can trade on the basis of such information.

*In re: United States v. Hackett, Budhu*
18CR3072-BTM
Page 6

### 2. Kara Kennedy

The United States will also seek to admit the testimony of Kara Kennedy as lay witness testimony.   Ms. Kennedy worked for ClearTrust LLC, which served as Arias Intel's transfer agent during the period of time relevant to the charged scheme.   Ms. Kennedy is expected to testify, *inter alia*, that:

- ClearTrust removed restrictive legends from stock certificates associated with 200,000 Arias Intel shares that Ms. Budhu obtained directly from First Harvest pursuant to an advisory agreement, and that Ms. Budhu later sold to Mr. Hackett pursuant to a share purchase agreement.

- Consistent with its policies and procedures, before removing the restrictive legend, ClearTrust received instructions from Arias Intel, and reviewed representations made by Ms. Budhu and Mr. Hackett, and in an opinion letter submitted by attorney John Dolkart.

- ClearTrust placed substantial weight on these representations, and reviewed them as part of an analysis of whether the referenced shares could and should be free-trading, or remain restricted, under the SEC's registration requirements.

In the event the Court disagrees, and considers the testimony of Ms. Kennedy to be expert testimony, please consider this to letter to provide notice of expected expert testimony by Ms. Kennedy.

* * *

The government reserves the right to call substitute expert witnesses, as well as to call additional expert witnesses, and will provide advance notice of any intent to do so.

Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the United States hereby requests a similar written summary regarding experts you may call at trial.

Please do not hesitate to contact either of us if we can be of any assistance. We can be reached at (619) 546-8384 (Aaron) or (619) 546-9721 (Drew).

Very truly yours,

ROBERT S. BREWER, JR.
United States Attorney

*Aaron P. Arnzen*
AARON P. ARNZEN
ANDREW J. GALVIN
Assistant U.S. Attorneys

## QBIO 5/9-5/13

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|---|---|---|---|---|---|
| 5/9/2016 | Mat Gates | 900 | $ 3.97 | $ 3,573.00 | $ 1,071.90 |
| 5/9/2016 | Ron Levine | 297 | $ 3.97 | $ 1,179.09 | $ 353.73 |
| 5/9/2016 | Ron Levine | 990 | $ 3.97 | $ 3,930.30 | $ 1179.09 |
| 5/10/2016 | Jim Nye | 630 | $ 3.92 | $ 2,469.60 | $ 740.88 |
| 5/10/2016 | Donny Wade | 255 | $ 3.92 | $ 999.60 | $ 299.88 |
| 5/10/2016 | Kenneth Walker | 765 | $ 3.92 | $ 2,998.80 | $      899.64 |
| 5/11/2016 | Jim Nye | 600 | $ 3.93 | $ 2,358.00 | $ 760.50 |
| 5/11/2016 | John Scheltz | 395 | $ 3.80 | $ 1,501.00 | $ 450.30 |
| 5/12/2016 | Thomas Warren | 649 | $ 3.85 | $ 2,498.65 | $ 749.59 |
| 5/13/2016 | Brandon Flynn | 1,020 | $ 3.82 | $ 3,896.40 | $      1168 |
|  |  |  |  | $ - | $ - |
|  |  |  |  | $ - | $ - |
|  |  |  |  | $ - | $ - |
|  |  |  |  | $ - | $ - |
|  |  |  |  | $ - | $ - |
| **Totals** |  | **6,501** |  | **$25,404.44** | **$   7621.20** |

GOVERNMENT
EXHIBIT
9
18CR3072-DMS

PENGAD 800-631-6989

## 10.17. HVST

| Date | Buyers Name | Shares | Price Per | Total Sale | Gross Comm |
|---|---|---|---|---|---|
| 10.17.17 | Jeff Smith | 529 | $ 5.30 | $ 2,803.70 | $ 1,261.67 |
| 10.17.17 | Dale Bennett | 392 | $ 5.10 | $ 1,999.20 | $ 899.64 |
| 10.17.17 | Tom Hawling | 518 | $ 5.40 | $ 2,797.20 | $ 1,258.74 |
| 10.20.17 | Thomas Chong | 425 | $ 5.40 | $ 2,295.00 | $ 1,032.75 |
| | | | | $ - | $ - |
| | | 1,864 | | $ - 9,895.10 | $ 3463.28 |

GOVERNMENT EXHIBIT

10

18CR3072-DMS

PENGAD 800-631-6989