1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                        SOUTHERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA          ) No. 18CR3072-TWR
                                       )
9                   Plaintiff,         ) **ORDER GRANTING THE UNITED**
                                       ) **STATES' MOTION TO (1) CONTINUE**
10        v.                           ) **TRIAL AND (2) EXCLUDE TIME**
                                       ) **UNDER THE SPEEDY TRIAL ACT**
11                                     )
     ANDREW HACKETT (1), and           ) (ECF No. 253)
12   ANNETTA BUDHU (2),                )
                                       )
13                  Defendants.        )

14

15        The United States of America moves to continue the January 11,

16   2021 trial in this matter, and to exclude time under the Speedy

17   Trial Act, 18 U.S.C. § 3161(h)(7).

18        For reasons stated in paragraphs 4 and 5 of the United States'

19   motion, incorporated by reference herein, the Court finds the ends

20   of justice served by granting the requested continuance outweigh the

21   best interest of the public and the defendants in a speedy trial.

22   As an alternative basis for these findings, the Court relies on the

23   previously issued Judicial Emergency Declaration, issued by the

24   Chief Judge on March 17, 2020, for a period of 30 days, pursuant to

25   18 U.S.C. § 3174(c), and thereafter extended by the Judicial Council

26   of the Ninth Circuit and further Orders of the Chief Judge.

27   / / /

28

                                       1

1   **IT IS ORDERED** that the United States' motion is **GRANTED**. The

2   trial **SHALL BE CONTINUED** to July 26, 2021.

3   **IT IS FURTHER ORDERED** that the period of delay from the filing

4   of the United States' motion until the July 26, 2021 trial **SHALL**

5   **BE EXCLUDED** in computing the time within which the trial must

6   commence under the Speedy Trial Act, 18 U.S.C. § 3161.

7

8   Dated:  November 3, 2020

9   _____

10   Honorable Todd W. Robinson
    United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28