**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ANNETTA BUDHU,<br><br>　　　　　　　　Defendant. | Case No. 18CR3072-TWR<br><br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 18, U.S.C., 1001 – False Statement to Government Agency (Felony) |

The Acting United States Attorney charges:

On or about July 6, 2018, within the Southern District of New York, defendant, ANNETTA BUDHU, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the executive branch of the Government of the United States, to wit:  Defendant stated that she had not communicated through text messages or emails with Andrew Hackett or Kevin Gillespie about press releases or stock promotions related to Arias Intel Corporation or its stock.  The statement and representation was false because, as ANNETTA BUDHU then and there well

knew, she had exchanged text messages and emails with Andrew Hackett and Kevin Gillespie about press releases and stock promotions related to Arias Intel Corporation and its stock.  All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: June 10, 2021.

```
                                RANDY S. GROSSMAN
                                Acting United States Attorney

                                /s/ Aaron Arnzen
                                _____
                                AARON P. ARNZEN
                                ANDREW J. GALVIN
                                Assistant United States Attorney
```